4K Hauling, LLC
Attn: Tina Kagarice
PO Box 73
Kearney MO 64060


4K Mobile Repair
7600 Norht Church Road
Kansas City MO 64158


Cole Kagarice
12603 NE 135th Terrace
Kearney MO 64060


Jayme Kagarice
18900 State Route DD Highway
Saint Joseph MO 64505

**Fill in this information to identify the case:**

Debtor name    JLK Construction, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    23-50034

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      220,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $      5,070,821.59

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $      5,290,821.59

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      5,848,556.27

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      299,856.69

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      2,327,314.63

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b      $      8,475,727.59

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    JLK Construction, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    23-50034

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bison State Bank | Business Checking | 0096 | $47,133.86 |
| 3.2. | Central Bank of the Midwest | Business Checking | 3943 | $1,036.89 |

**4.    Other cash equivalents** *(Identify all)*
Merchant Credit Card Account.

| | Some customers pay invoices by credit card. There is typically a 24 hour period when the money is in transit to the credit card processor. During the transit period, the Debtor does not access these funds. | | |
| --- | --- | --- | --- |
| 4.1. | | | $0.00 |

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $48,170.75 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| Debtor | JLK Construction, LLC | Case number *(If known)* 23-50034 |
|---|---|---|
| | Name | |

|  | Surety Bond (aka Performance Bond) for City of St Joseph MO construction work. Work not | |
| 7.1. | yet closed out. | $0.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.** $0.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less: 401,000.00 − 0.00 = .... $401,000.00
face amount  doubtful or uncollectible accounts

**12.** **Total of Part 3.** $401,000.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** In normal course of business, the Debtor orders materials for jobs. At completion of job, any excess materials are returned for credit or are moved to Debtor's yard for future use. (see attached list named: "Sch B 22.___ Reusable Material Inventory") | 01/20/2023 | $0.00 | Debtor's Opinion | $17,523.98 |

| Debtor | JLK Construction, LLC | | Case number *(if known)* 23-50034 |
|---|---|---|---|
| | Name | | |

| | Small Tools, see attached list named "Sch B 22. Inventory, Small Tools" | 1/16/2023 | $0.00 | Debtor's Opinion | $226,203.73 |
|---|---|---|---|---|---|

| 23. | **Total of Part 5.** | | $243,727.71 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** Office furniture and supplies. See attached list named "Inventory Office Furniture and Supplies" | $0.00 | Debtor's Opinion | $2,788.99 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** LEASED: Office computer system. | $0.00 | | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | $2,788.99 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

| Debtor | JLK Construction, LLC | | Case number *(If known)* 23-50034 |
|---|---|---|---|
| | Name | | |

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2022 Pitts LB55-22DC, lowboy trailer<br>VIN 5JYLB5531NPP23623<br>(The Central Trust Bank) | $0.00 | Debtor's Opinion | $70,000.00 |
| 47.2.  2007 Kenworth W900 Road Tractor<br>VIN 1XKWPBEX87J173720 | $0.00 | Debtor's Opinion | $80,000.00 |
| 47.3.  2009 Kenworth T800 Tractor<br>VIN 1XKDDB0XX9J938081<br>Certificate of Title f/c | $0.00 | Debtor's Opinion | $80,000.00 |
| 47.4.  2003 Haulmark Enclosed Trailer, VIN<br>16HGB24263H107G95 | $0.00 | Debtor's Opinion | $7,500.00 |
| 47.5.  2021 Rettig Trailer, VIN<br>4JMNT1210MS009387 | $0.00 | Debtor's Opinion | $2,400.00 |
| 47.6.  2021 Load Trail Trailer, VIN<br>4ZECH2225N12446555 | $0.00 | Debtor's Opinion | $6,500.00 |
| 47.7.  2022 Big Tex Trailer, VIN<br>16V1C2723N2146150 | $0.00 | Debtor's Opinion | $7,500.00 |
| 47.8.  2011 Ford F750 Mechanics Truck, VIN<br>3FRWF7FCXBV551990 | $0.00 | Debtor's Opinion | $38,500.00 |
| 47.9.  1996 Ford Pick Up | $0.00 | Debtor's Opinion | $1,500.00 |
| 47.10.  2006 Ford F350 | $0.00 | Debtor's Opinion | $2,500.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| Debtor | JLK Construction, LLC | | Case number *(If known)*  23-50034 |
| | Name | | |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| LEASED: 2014 580 Steiger Tractor SN#: ZDF301603 ( # 20220602/2022060512) (Providence) | $0.00 | Debtor's Opinion | $0.00 |
| LEASED: 2011 CaseIH-S400W PS tractor, SN# ZBF125988 (202103092021031655) (Providence) | $0.00 | Debtor's Opinion | $0.00 |
| LEASED: Caterpillar CS56B, Air cond Cab//Leveling Blade Serial No S5600207 | $0.00 | | $0.00 |
| Small tools and small equipment. See attached list. | $0.00 | Replacement | $226,203.73 |
| See Attached: Schedule B #50__ - NewTek's Security Interest Equipment Pursuant to NewTek UCC-1 20220331002076682, Filing Date 3/31/2022 and NewTek's Security Agreement dated 3/31/2022. (2 pages) | $0.00 | Debtor's Opinion | $3,606,888.00 |
| Hydraulic Rotate Tree Shear | $0.00 | Debtor's Opinion | $5,500.00 |
| Red Guard Storage Container | $0.00 | Debtor's Opinion | $6,000.00 |
| Pallet Fork Fixed Tine | $0.00 | Debtor's Opinion | $1,500.00 |
| 2022 Polaris Ranger VIN 3NSN4E991NFS86725 | $0.00 | | $18,000.00 |
| Case IH 9260 Tractor VIN JCB0026563 | $0.00 | | $15,000.00 |
| East Texas Tilt Trailer VIN 58SBD1425JE008906 | $0.00 | | $6,500.00 |
| 2022 Caterpillar Hydraulic Excavator, Model/Serial No 306-07CR-6G604817 | $0.00 | | $73,500.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $4,255,491.73 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

Debtor    JLK Construction, LLC _____    Case number *(if known)*  23-50034
          Name

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    102 S. 8th Street, Elwood KS 66024. 9.58 acres raw land with a 5,000 sq ft metal machine shed building which is currently empty. Recently rezoned to residential. | Fee Simple - one-half interest | $0.00 | Real Estate Agnt | $220,000.00 |

**56.    Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $220,000.00 |
|---|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.    Notes receivable**

Debtor    JLK Construction, LLC                                              Case number *(If known)*  23-50034
_____
Name

Description (include name of obligor)
Receivable Due from JLK Contracting,          114,153.21    -                    0.00    =
LLC                                       _____          _____
Included as a receivable in B-10 is a         Total face amount            doubtful or uncollectible amount
receivable for $114k owed by JLK
Contracting LLC to the Debtor for
services the Debtor provided
prepetition.  It is valued at $0 here
because its value is accounted for at
B-10.  A payment history is attached                                                                $114,153.21
hereto.

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Waiting for insurance reimbursement of stolen Trailer 2021 LDTL VIN ending 6102, see Form 207 SFA #10. | $5,489.20 |

78.    **Total of Part 11.**                                                      |   $119,642.41   |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    JLK Construction, LLC _____    Case number *(If known)*  23-50034
_____ Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,170.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $401,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $243,727.71 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,788.99 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,255,491.73 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $220,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $119,642.41 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,070,821.59 | + 91b. $220,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,290,821.59 |

---

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**

- Flashing light bar - $100.00
- 1 100 gal fuel tank and electric pump - $800.00
- 1 across bed tool box - $200.00
- 1 side bed tool box - $300.00
- 1 3 point hitch for tractor to put receiver hitch - $100.00
- 1 12" x 11" plastic culvert pipe - $350
- 1 across bed weather alum tool box - $500.00
- 1 craftsman tool box - $550
- 1 shop fan - $150.00
- 1 4 ton floor jack - $200.00
- 1 metal port oil drain pane pump - $300.00
- 1 square shovel - $15.00
- 1 125,000 btu port shop heater - $200.00
- 1 round point shovel - $15.00
- 1 4' x 2' ¾" metal plate - $450
- 1 shop broom - $25.00
- 1 various lot 1" concrete blt's - $150
- 1 ten foot fiber glass step ladder - $150.00
- 2 square point shovel - $25.00
- 1 rake - $20.00
- 1 pry bar – $5.00
- 1 clevis - $12.00
- Various concrete tool's 1 flute 1 margin trile - $75.00
- 1 first aid kit - $10.00
- 48 18" form pins- $6.00 a piece
- 217 24" form pins - $8.00 a piece
- 135 30" form pins - $130.00 for a pack of 10
- 72 36" form pins - $15.38 a piece
- 56 coated 30" rebar - $560
- 22 16' 2"x6" boards - $11.00 a piece
- 28 10' 2"x6" boards - $6.00 a piece
- 4 8' 2"x8" boards - $9.00 a piece
- 17 12' 1"x6" boards - $13.00 a piece
- 11 16' 1"x4" fiber boards - $25.00 a piece
- 14 16' 1"x8" fiber boards - $50.00 a piece
- 1 16 long 10" wide concrete chute - $200
- 11 4' tall traffic cones - $550
- 4 2' tall traffic cones - $100
- 2 portable construction signs - $700
- 1 construction sign easel - $225
- 1 roll orange safety fence - $30.00

**JLK Construction, LLC**            **Schedule B – Inventory, Small Tools**            **Page 2** of 10

- 18 insulated concrete construction tarps - $70.00
- 3 13' rolls plastic mesh - $375
- 38 pieces of 5/8 rebar 20' long - $26.00 a piece
- 1 10" x 11" long plastic pipe - $225
- 25' roll of 8" plastic pipe - $50
- 1 plastic tote of 6" connectors plastic - $500
- 9 12" plastic pipe connectors - $900
- 4 8" plastic pipe connectors - $875
- 1 new 710 70R42 tractor tire - $2500
- 13 710 7OR42 use tractor tires (spare) - $13000
- 2 8' long 12" concrete pipe - $1000
- 2 8' long 15" concrete pipe -$1250
- 3 14' long 10" san sewer pipe - $325
- 2 20' long 12" plastic drain pipe - $250
- 7 14' long 6" san sewer pipe - $550
- 16 ½ long 6" san sewer pipe - $125
- 7 4 ½ long by 15' long concrete rebar mats  - $450
- 1 Husqvarna F5 400 walk behind concrete saw - $3,000
- 1 Stihl 420 concrete quickie saw - $1,200.00
- 1 wacker viber plate - $2500
- 1 RIDGID shop vac - $80.00
- 1 bull float with 3 8' long handles - $300
- 1 roll rebar tie wire $25
- 3 hard hats - $300
- 1 Milwaukee 18 volt portable vac - $180.00
- 1 5gal water can - $30.00
- 1 road work ahead portable sign - $350
- 1 push shop broom - $20.00
- 1 2 ½ gallon gas can - $30.00
- 1 Bosch hammer drill and bit's - $600.00
- 1 predator 4375 generator - $480.00
- 6 2' tall traffic cones - $150
- 1 dispensing tool for adhesives - $145
- 1 box ear plugs - $10.00
- 1 16oz hammer - $10.00
- 4 small 2' traffic cones - $100
- 1 RL4HC top con spinning laser - $900.00
- 1 horse sweep broom - $50.00
- 1 6' long level - $7.00
- 1 box of adhesives - $144
- 1 concrete chute cleaning tool - $40.00

**JLK Construction, LLC**            **Schedule B – Inventory, Small Tools**

- 1 form oil spray can - $110
- 1 Milwaukee portable concrete vibrator - $450.00
- 2 8 pound sledge hammers - $25.00 a piece
- Various concrete saw blade - $225
- 1 4' wide concrete texture tool - $350
- 1 walking measure tool - $50.00
- 1 box of spec poxy - $175
- Bucket of concrete brushes - $75
- 1 Milwaukee drill - $140.00
- 1 road working sign portable$350
- 2 10 pound box of nails - $30.00
- 1 5gal plastic gas can - $11.00
- 1 step board for concrete - $50
- 1 step plate board for concrete - $25
- Cutting edge ext. for 12 blade - $350
- 2 4" suction hoses for water pump $100
- 1 insulated concrete blanket $75
- 1 6" suction hose screen $25
- 2 wooden sawhorses - $34.00 a piece
- 1 Milwaukee charger - $70.00
- 1 cutting top for plasma cutter in bed - $100
- Hobart welder champion elite 225 - $4,445.00
- 4' alum step ladder - $50.00
- 1 6' long 4" channel iron - $200
- 2 cutting edge for scraper - $800
- 1 4' x 5' ½ plate - $300
- 1 Milwaukee portable light - $230.00
- 1 3/8 inch Milwaukee impact and battery - $380.00
- 1 3/8 inch Milwaukee driver - $200.00
- 1 small Milwaukee portable light - $125
- 1 Milwaukee drill - $140.00
- 1 ½ Milwaukee impact - $300.00
- 1 ½ Milwaukee ratchet - $200.00
- 1 Milwaukee small charger - $125
- 1 Milwaukee multi charger 4 batteries - $100.00
- 1 box snap ring set $45
- 1 Milwaukee SAE 1/2 " impact socket's - $225
- 1 Milwaukee metric ½ impact socket's - $200
- 1 Milwaukee drill bit set - $32.00
- 1 Norseman drill bit set - $50
- 1 Fastenal drill bit set - $50

**JLK Construction, LLC**         **Schedule B – Inventory, Small Tools**         **Page 4** of 10

- 1 gear puller - $75
- Various set of allen wrenches - $25
- 1 tire gauge - $5.00
- pack of gasket sealers - $65
- 1 lot of metric sae 3/8" wobble socket's - $125
- 1 lot of icon pic's - $35
- 1 lot of quinn and Milwaukee screw drivers – Quinn: $5.00 for a 2 pack, Milwaukee: $15.00 for a 2 pack
- 1 lot of Milwaukee nut drivers - $50.00
- 1 9 pc Pittsburgh ½" drive star point sockets - $12.00
- 1 9 pc Pittsburgh 3/8 and ½" drive hex bit sockets - $15.00
- 1 8 pc Pittsburgh ½ drive impact star socket - $7.99
- 1 9 pc Pittsburgh 3/8 and ½" hex bit socket - $15.00
- 1 9 pc Pittsburgh ¼ and ½" star point socket set - $10.00
- 1 8 pc Pittsburgh ½" drive impact hex driver set - $12.00
- 1 13 pc Pittsburgh ½" drive sae socket set - $30.00
- 1 lot of icon ½ and 3/8" ext - $40.00
- 1 lot of plier's and vice crips $50
- 5 piece set Milwaukee 15 to 19 mm wrenches - $145
- 7 piece set Milwaukee 8 to 14 mm wrenches - $75.00
- 5 piece set icom bent mm box in wrenches - $125
- 3 piece set Milwaukee ¾" to 5/8" wrench set -$225
- 6 piece set Milwaukee 5/16 to 9/16" wrench set - $200
- 4 piece set Milwaukee 13/16 to 1" wrench set - $200
- 3 piece set Milwaukee 20 to 22 mm wrench set - $200
- 4 piece set icon bent set ½" to 13/16 set wrenches $200
- 15 piece set Milwaukee ¼" to 1" set wrenches $500
- 15 piece set Milwaukee 8mm to 22mm wrench set $500
- 1 18" Milwaukee pry bar $125
- 1 10" Milwaukee crescent wrench $75
- 1 15" Milwaukee crescent $50
- 1 18" crescent wrench $50
- 1 icon ½" 24" long break over bar $100
- 1 icon 3/8" 12" racket - $43.00
- 1 channel lock oil filter wrench - $23.00
- 1 Milwaukee 18" bolt cutters - $50.00
- 3 Milwaukee different size pry bars - $70.00
- 1 18" Milwaukee pipe wrench - $240.00
- 1 18" Pittsburgh needle nose pliers - $26.00
- 1 Milwaukee 3 pound hammer - $20.00
- 19 piece set 1" to 2 1/4 Milwaukee impact set - $160.00

**JLK Construction, LLC**          Schedule B – Inventory, Small Tools

- 20 piece set 1" 33mm to 70mm Milwaukee impact set - $199.00
- 6 piece set 1 3/8" to 2" Pittsburgh wrench set - $70.00
- 6 piece set 50mm to 35mm Pittsburgh wrench set - $65.00
- 1 lot zip ties - $7.00
- 1 20 piece jumbo set 3/4" socket set - $80.00
- 3 gallons coolant - $80.00
- Box shop rags - $20.00
- 10 tubes mystik grease - $13.00 a piece
- 1 plastic funnel - $4.00
- 1 box pen oil and glass cleaner - $15
- 1 set jumper cables - $20.00
- 1 12 volt 24 volt jumper box - $600
- 1 box of 4 O ring set - $100
- 1 lot ear plugs - $25.00
- 1 lot dust masks - $22.00
- 1 electric wire tester - $35
- 1 lb of 10x1 hex head with washer - $16.00
- 1 lot hose clamps - $6.00
- 1 lot of wire connectors - $25
- 12 hyd hoe ends - $250
- 100 XL disposable gloves - $20.00
- 2 wire brush cleaners - $3.00 a piece
- 1 air chisel and bit's -$400
- 100 medium duty disposable gloves - $15
- 1 lot fuses - $15
- 1 lot grease fitting - $10
- 1 lot power phases sealed crimp connectors - $12
- 1 volt meter - $50.00
- 1 6 lb sledge hammer - $50.00
- 1 12 lb sledge hammer - $60.00
- 1 12 to airove hyd Pittsburgh jack - $125
- 1 4' prybar - $55
- 1 Milwaukee 18 volt portable cut off saw - $800
- 1 tube 7018 welding rod's - $39.99
- 1 set welding gloves - $24.99
- 1 self darkening welding helmet - $40.00
- 1 corded Milwaukee grinder - $130.00
- 1 heavy duty 50' ext cord - $35.00
- Partial can welding rod's ¼ full - $29.99
- Cutting torch outfit with bottles and hoses - $410.00
- 4' level - $17.95

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          **Page 6** of 10

- 19 piece ½ drive Milwaukee socket set - $160.00
- New ¼" die grinder Milwaukee kit - $320.00
- Milwaukee packout kit with bit for screws - $70.00
- 1 Milwaukee 18 volt portable band saw - $350.00
- 1 Milwaukee carry portable vacuum - $150.00
- 1 Milwaukee 18 volt shop light - $250.00
- 5 1" drive socket's 7/8 46mm 58mm 67mm 55mm - $199.99
- 2 20' ¾" wide nylon straps - $30.00


- 1 white man gas powered concrete power trowel - $899.99
- 4 18" ford truck rims - $1,200.00
- 1 cure spray can - $35.00
- 1 portable air bubble -$79.95
- 1 1" water pump - $299.99
- 1 bull float - $100.00
- 1 Husqvarna F5424 walk behind concrete saw - $19,535.00
- 1 set 4 way chain spreader's - $1,452.00
- 1 large hoe clevis - $165.00
- 25' 4" discharge hose -$149.00
- 1 24' grade rod - $328.00
- 1 johnson spinning laser -$199.00
- 1 20lb tube leak stopper - $20.00
- 1 box red oil base sweep - $40.00
- 1 roll block plastic - $20.00
- 1 dodge wheel and tire new - $200.00
- 1 vibra plate - $758.99
- 1 2" preadator 2" pump - $290.00
- 2 25' 2" discharge hoses - $48.00 a piece
- 25 lbs box 1-14" 8 GA drywall screw 5' - $20.00
- 1 truck inside bed tool box - $140.00
- 1 2 ½ lb fire ext- $50.00
- 1 port DeWalt table saw - $438.00
- 1 set 36" bolt cutters - $30.00
- 1 new long handled spade $45
- 1 set post hole diggers $75
- 10 portable construction signs - $1,700
- 2 do not enter signs on esals - $200.00
- 3 hand held slow stop signs - $20.00 a piece
- 2 100' water hose small - $327.00
- 2 office chairs - $50.00 a piece

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          **Page 7** of 10

- 1 Stihl weed eater - $514.00
- 4 very heavy duty tow straps - $16.69 each
- 2 rolls white plastic sheeting - $167.00 a piece
- 1 box Loctite - $8.00
- 1 nikcon NE 100 transit - $849.00
- 1 Milwaukee 18 volt Sawzall  $140.00
- 1 top colt Rt 55A spinning laser - $745.00
- 1 25' 1" discharge hose - $28.00
- 1 25' 1" suction hose - $106.00
- 2 box red triangle warning -24.95/each
- 1 2 1/2lb fire ext - $57.00
- 1 box kent starting fuel – 96.00
- 1 Milwaukee portable propane heater - $159
- 1 box of 20 american locks - $100
- 1 20lb propane bottle - $60.00
- 1 propane cooker -  $40.00
- 1 lot of 4 safety vest - $25/each
- 1 rubber oil filter wrench - $20.00
- 1 Viking mech creeper - $130.00
- 5 long handled round point shovels - $10.00 a piece
- 1 long handled square shovels - $15.00
- 2 long handled come alongs - $62.00 each
- 3 25' grade rod's - $769.00 each
- 2 4' levels - $35.00 each
- 2 shop push brooms - $23.00 a piece
- 1 post driver - $150.00
- 2 25' chains - $46.99 each
- 1 boomer - $38.99
- 1 8 pd sledge - $35.00
- 1 4' pry bar - $54.99
- 2 tri pod legs - $108.00 each
- 1 box 16" fiber blades - $245.00
- 1 Stihl 760 quickie saw - $475.00
- 2 Milwaukee 18 volt grease guns - $230.00
- 1 Milwaukee charger - $725.00
- 1 Milwaukee ½" impact - $316.00
- 1 Milwaukee ½" hammer drill – $200.00
- 1 Milwaukee 6 ½" circle saw - $130.00
- 1 Milwaukee work light - $250.00
- 1 Milwaukee ¼" drill - $199.00
- 1 Milwaukee Sawzall - $140.00

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          Page 8 of 10

- 1 Milwaukee packout with bits - $35.00
- 1 Milwaukee impact driver - $407.00
- 1 Milwaukee 4" grinder - $295.00
- 5 Milwaukee 18 volt batteries - $119.00 each
- 1 metal 5gal gas can - $50.00
- 1 metal 2 ½ gal gas can - $35.00
- 1 heavy duty 50 ext cord - $40.00
- 1 30 lb nails - $26.98
- 2 5 gal bucket of concrete cure - $74.00
- 1 red dot top con pipe layer TPL5 - $3,678.00
- 1 pro transit - $189.00
- 1 top con RLH43 spinning laser - $649.99
- 1 spectra spinning laser  - $1,560.00
- 1 trimble GPA base and hand held unit and tri pod legs - $40,000.00
- 1 trimble unit for GPS dozer and tri pod legs - $56,000.00
- 3 escape ladder - $255.00 each
- 1 transit box stand - $45.00
- 1 pipe laser Topcon stand - $65.00
- 1 small portable spryer - $35.00
- 1 50 person first aid kit - $60.00
- 1 small socket set - $200.00
- 3 100' tape - $56.00 each
- 1 box misc concrete tools - $1,678.00
- 30' Gardner hose - $35.00
- 1" 25' hose discharge - $28.00
- 2 25' 2" discharge hose - $40.00
- 1 1" suction hose - $63.00
- 1 4" suction hose - $84.00
- 1 4" waterpump - $1,678.00
- 1 16oz hammer - $27.00
- 2 20 ton swivel hooks - $935.00 each
- 1 4 way pipe spreaders chain - $1,495.00
- 2 20 ton clevis - $200.00
- 2 10 ton clevis - $65.00
- 3 12' pipe cables - $225.00 each
- 1 12' 5/8" pipe cable - $125.00 each
- 20 cat filters - $75.00 each
- 3 spade shovel's - $30.00 a piece
- 2 square point shovel's  - $15.00 a piece
- 2 come alongs - $45.00 each
- 2 spade shovel's - $30.00 a piece

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          **Page 9** of 10

- 1 Milwaukee roller measure tape - $50.00
- 2 4' levels - $49.00 each
- 100 16' 2x4 - $10.00 each
- 24 4x8 concrete forms - $125.00
- 500 wall clamps - $2.00 a piece
- 14 tongue bucket's - $50.00 a piece
- 1 18 volt Milwaukee transfer pump - $230.00
- 1 18 volt Milwaukee grease pump - $230.00
- 1 Stihl chain 18" saw - $400.00
- Tool box/transfer tank combo with pump, hose, nozzle - $229.00
- 2 TSC rectangle tool boxes -$200.00
- Spectra dual sloping rotating laser with tripod and 2 grade rods - $1,525.00
- Magnetic bar for self grading laser receiver - $1,608.00
- 18v Sawzall - $140.00
- 18v grinder - $140.00
- 18v drill - $140.00
- 18v 1" impact - $1,106.00
- 18v ½" impact - $300.00
- 18v ¼ impact - $150.00
- 18v grease gun - $230.00
- 18v leaf blower - $179.00
- Charger with 2.50 m18's, 2 2.0 m18's, 2 m12's - $299.00
- 12v compressor - $130.00
- 12v torque impact - $235.00
- 18v flashlight - $99.00
- 18v skill saw -  $300.00
- Assorted bit set - $73.00
- Hole saw bit set - $95.00
- Kobalt hot dog compressor - $140.00
- Rd pt shovel, spade, push broom - $125.00
- 12 volt battery charger - $69.95
- Jupiter power inverter - $170.00
- Standard wrench set, metric wrench set, ½" drive socket set - $96.00
- Standard and metric 1" drive impact socket sets - $199.00
- Cat O ring kit - $113.00
- Assorted grease zert kit - $13.00
- A/C gauges - $83.00
- 12/24V jump pack - $300.00
- Large chalk box - $26.00
- 12V blinky light bar - $103.00

**JLK Construction, LLC**          **Schedule B – Inventory, Small Tools**          **Page 10** of 10

- 2 ratchet straps, 1 chain, 1 boomer – ratchet straps: $45.00 a piece, chain: $35.00, boomer: $35.00

**Total for everything on all 9 pages $226,203.73**

**JLK Constrution**      **Schedule B - Inventory**      Page 1 of 1
**Reusable material inventory**
**1/20/2023**
**Description**                                                    **Fair Market Value**

| Description | Fair Market Value |
|---|---|
| 12" x 11" plastic culvert pipe | $350.00 |
| 4' x 2' ¾" metal plate | $450.00 |
| various lot 1" concrete blt's | $150.00 |
| 48- 18" form pins-$6 a piece | $288.00 |
| 217 24" form pins - $8.00 a piece | $1,736.00 |
| 135 30" form pins - $130.00 for a pack of 10 | $1,755.00 |
| 72 36" form pins - $15.38 a piece | $1,080.00 |
| 56 coated 30" rebar | $560.00 |
| 22 16' 2"x6" boards - $11.00 a piece | $242.00 |
| 14 16' 1"x8" fiber boards - $50.00 a piece | $700.00 |
| 3 13' rolls plastic mesh | $375.00 |
| 38 pieces of 5/8 rebar 20' long - $26.00 a piece | $988.00 |
| 10" x 11" long plastic pipe | $225.00 |
| 25' roll of 8" plastic pipe | $50.00 |
| 1 plastic tote of 6" connectors plastic | $500.00 |
| 9 12" plastic pipe connectors | $900.00 |
| 4 8" plastic pipe connectors | $875.00 |
| 2 8' long 12" concrete pipe | $1,000.00 |
| 2 8' long 15" concrete pipe | $1,250.00 |
| 3 14' long 10" san sewer pipe | $325.00 |
| 2 20' long 12" plastic drain pipe | $250.00 |
| 7 14' long 6" san sewer pipe | $550.00 |
| 16 ½ long 6" san sewer pipe | $125.00 |
| 7 4 ½ long by 15' long concrete rebar mats | $450.00 |
| • 1 roll rebar tie wire $25 | $25.00 |
| • 1 box of adhesives - $144 | $144.00 |
| • 1 box of spec poxy - $175 | $175.00 |
| • 2 10 pound box of nails - $30.00 | $30.00 |
| • 1 20lb tube leak stopper - $20.00 | $20.00 |
| • 25 lbs box 1-14" 8 GA drywall screw 5' - $20.00 | $20.00 |
| • 1 30 lb nails - $26.98 | $26.98 |
| • 2 5 gal bucket of concrete cure - $74.00 | $74.00 |
| • 100 16' 2x4 - $10.00 each | $10.00 |
| • 24 4x8 concrete forms - $125.00 | $125.00 |
| • 500 wall clamps - $2.00 a piece | $1,000.00 |
| • 14 tongue bucket's - $50.00 a piece | $700.00 |

total Value of reusable materails      **$17,523.98**

**JLK Construction, LLC**
**Chapter 11**

## Schedule B #50 - NewTek Collateral
### Pursuant to NewTek UCC-1 Filing # 2215, Filing Date 3/11/2022

The reason for this attachment is to clarify the Debtor's belief at present as to the priority of lender NewTek's lien on the equipment items listed here. Schedule B #50 includes all items on this 2 page list. Each is specified in NewTek's recorded UCC-1 or in the NewTek loan document dated 3/31/2022.

**Items specified in NewTek UCC-1 number 2215**

| Equipment Type | Serial Number | Description | Fair Market Value* | UCC or NTLD |
|---|---|---|---|---|
| Dozer | AKM01621 | 2006 CAT D6N Dozer | $90,000.00 | UCC-1 |
| Excavator | 501611 | 2011 JD 225D LC | $150,000.00 | UCC-1 |
| Excavator | MBX00355 | 2016 Caterpillar 330 Hydraulic Excavator | $175,000.00 | UCC-1 |
| Excavator | LHW00945 | 2019 Caterpillar Model 330-0710X | $280,000.00 | UCC-1 |
| GPS Equipment | 0482J066YU | Model EC520- Electronic controller, core bundle, module bundle | $1,000.00 | UCC-1 |
| GPS Equipment | 0412J548SY | Model MS995 receiver, combo | $36,000.00 | UCC-1 |
| GPS Equipment | 3091J048SQ | Model SNR930 radio on machine | $2,900.00 | UCC-1 |
| GPS Equipment | 6117F00490 | Model sps900K-kit base option combo | $13,299.00 | UCC-1 |
| GPS Equipment | 613F00268 | Model sps900k-kit base option combo | $13,299.00 | UCC-1 |
| GPS Equipment | UNN00785-1 | Model TD520-touch display | $5,200.00 | UCC-1 |
| GPS Equipment | DAD213700529 | Model TSC7-trimble controller, siteworks | $4,595.00 | UCC-1 |
| GPS Equipment | DAD213800443 | Model TSC7-trimble controller, siteworks | $4,595.00 | UCC-1 |
| Loader | LBP00163 | 2007 CAT 953D | $140,000.00 | UCC-1 |
| Loader | LCS01406 | 2010 Caterpillar Model 963D | $150,000.00 | UCC-1 |
| Rollers/Compactors | MHC09752 | Cat Model CB54 sheepsfoot roller | $170,000.00 | UCC-1 |
| Scraper  Pans | 26280 | 2022 Ashland J Scraper Model 2411E | $193,000.00 | UCC-1 |
| Scraper  Pans | 26314 | 2022 Ashland J Scraper Model 2411E | $193,000.00 | UCC-1 |
| Scraper  Pans | 26011 | 2022 Ashland J Scraper Model 3013E | $225,000.00 | UCC-1 |
| Scraper  Pans | 26012 | 2022 Ashland J Scraper Model 3013E | $225,000.00 | UCC-1 |
| Tractor | ZBF125722 | 2011 Case IH Tractor Steiger 600WS PS | $205,000.00 | UCC-1 |
| Tractor | ZDF139080 | 2022 Case IH Tractor Steiger 600WS PS | $205,000.00 | UCC-1 |
| Tractor | ZDF138882 | 2022 Case IH Tractor Steiger 600WS PS | $205,000.00 | UCC-1 |

this page TOTAL     $2,686,888.00

(The limitations of the bankruptcy software obscure the delineation between the debtor's assets and the creditors' claims making it difficult to identify which assets in Schedule B should be linked to which entity in Schedule D.)

**JLK Construction, LLC**
**Chapter 11**

## Schedule B #50 - NewTek Collateral

### Pursuant to NewTek UCC-1 Filing # 2215, Filing Date 3/11/2022

Newtek SchB 50

**Items Listed in Security Agreement dated 3/31/2022**

| Equipment Type | Serial Number | Description | Fair Market Value* | UCC or NT Loan Doc |
|---|---|---|---|---|
| | | | | |
| Blade | M9H00289 | 2013 Caterpillar Model 120M2AW | $185,000.00 | NTLD |
| Blade | F9M00152 | 12m Caterpiller motor grader | $150,000.00 | NTLD |
| Loader | R4A02696 | Caterpillar Wheel Loader, Model 950K | $210,000.00 | NTLD |
| Tractor | JCB0029457 | Case IH 9270 | $70,000.00 | NTLD |
| Tractor | ZCF133319 | Case IH tractor -Steiger 400 | $150,000.00 | NTLD |
| Tractor Dozer | RCW01369 | 2013 Caterpillar Crawler Tractor, Model D6T XW | $155,000.00 | NTLD |

this page TOTAL       $920,000.00

**TOTAL Fair Market Values*  from both pages:**       **$3,606,888.00**

\* Fair Market Values are Debtor's Opinion

(The limitations of the bankruptcy software obscure the delineation between the debtor's assets and the creditors' claims making it difficult to identify which assets in Schedule B should be linked to which entity in Schedule D.)

JLK Construction LLC       Schedule B – Inventory Office Furniture and Supplies

<u>Jayme & Halle</u>

- 2 person desk - $247.99
- 2 desk chairs - $25.00 a piece
- 2 pencil organizers - $7.00 a piece
- 4 cubbies - $5.00 a piece
- 1 bin - $4.00
- 1 trash can - $5.00
- 1 shredder - $120.00
- 2 desk organizer shelves - $11.00 a piece
- 1 whiteboard - $10.00
- 2 stapler removers - $4.00 a piece
- 1 stapler - $5.00
- 2 whole punches (1 big, 1 small) – small: $5.00, big: $20.00
- 17 white 3 ring binders - $7.00 a piece
- 1 small file cabinet – $80.00
- 1 shelf - $10.00

**<u>$622.99 total</u>**

<u>Cindy</u>

- 1 bench - $100.00
- 1 comfy chair - $100.00
- 1 desk chair - $25.00
- 1 desk organizer - $13.00
- 1 pencil holder - $7.00
- 1 printer - $225.00
- 1 amazon echo– $35.00
- 1 stapler - $5.00
- 1 stapler remover - $4.00
- Paperclip organizer - $3.00
- 1 file cabinet - $ 80.00
- 1 small table - $20.00
- 1 trash can - $20.00
- 3 medium file cabinets - $25.00
- Black file cabinet - $50.00
- 1 fridge - $200.00
- 2 cabinet organizers – $4.00 a piece
- 1 ice machine – $50.00
- 1 microwave - $70.00
- 1 keurig – $50.00
- 1 small shelf - $20.00

- Cups, paperplates, plastic silverware - $12.00
- 2 heaters (1 big, 1 small) – big: $50.00, small: $20.00
- **Total$989**

Cole

- 1 desk/table - $150.00
- 1 desk chair - $25.00
- 1 desk organizer (big) - $15.00
- 2 pencil organizers - $7.00 a piece
- 1 trash can – $5.00
- 3 bins / organizers - $3.00 a piece
- 1 stapler - $5.00
- **$210 total**

Jesse

- 1 desk - $100.00
- 1 desk chair - $25.00
- 1 bench - $100.00
- 2 table chairs – $20.00 a piece
- 1 pencil holder - $7.00
- 1 shredder - $120.00
- **$372 total**

Open Room

- 1 big table - $100.00
- 8 table chairs - $20.00 a piece
- Hats - $5.00
- Tshirts/Polos - $5.00
- 4 bins / organizers - $3.00 a piece
- Binders - $7.00 a piece
- Hole puncher - $20.00
- Ice machine - $50.00
- Air fryer - $50.00
- Keurig - $50.00
- Cups - $3.00
- 2 big trash cans - $20.00
- **$335 total**

JLK Construction LLC        Schedule B – Inventory Office Furniture and Supplies        Page **3** of **3**

<u>More Items</u>

- Ring doorbell - $60.00
- 2 solar cameras - $100.00 a piece
- **$260 total**

**Total for everything combined $2788.99**

## JLK Construction, LLC
## Due from JLK Contracting, LLC
### March 31, 2021 - February 13, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Disbursements | Receipts | Balance |
|---|---|---|---|---|---|---|---|---|
| **Due from JLK Contracting, LLC** | | | | | | | | |
| 03/14/2022 | Check | 10210 | JLK Contracting, LLC | CHECK 10210 CHECK | Due from JLK Contracting, LLC | 2,000.00 | | 2,000.00 |
| 05/20/2022 | Expense | | JLK Contracting, LLC | 269815 INTERNET XFER TO BUSINESS 269815 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 5/20/22 AT 14:25 | Due from JLK Contracting, LLC | 10,000.00 | | 12,000.00 |
| 05/31/2022 | Deposit | | | 374051 INTERNET XFER FROM BUSINE 374051 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 5/31/22 AT 13:36 | Due from JLK Contracting, LLC | | 10,000.00 | 2,000.00 |
| 06/01/2022 | Deposit | | JLK Contracting, LLC Jayme Kagarice | 735626 INTERNET XFER FROM BUSINE 735626 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 6/01/22 AT 15:37 | Due from JLK Contracting, LLC | | 30,000.00 | -28,000.00 |
| 06/28/2022 | Deposit | | JLK Contracting, LLC | 427448 INTERNET XFER FROM BUSINE 427448 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 6/28/22 AT 13:23 | Due from JLK Contracting, LLC | | 10,000.00 | -38,000.00 |
| 06/30/2022 | Transfer | | | 015452 INTERNET XFER FROM BUSINE 015452 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 6/30/22 AT 15:20 | Due from JLK Contracting, LLC | | 26,500.00 | -64,500.00 |
| 07/05/2022 | Transfer | | | 197593 INTERNET XFER TO BUSINESS 197593 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 7/05/22 AT 14:59 | Due from JLK Contracting, LLC | 26,500.00 | | -38,000.00 |
| 07/12/2022 | Deposit | | JLK Contracting, LLC | 368716 INTERNET XFER FROM BUSINE 368716 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 7/12/22 AT 8:19 | Due from JLK Contracting, LLC | | 3,000.00 | -41,000.00 |
| 07/14/2022 | Expense | | JLK Contracting, LLC Jayme Kagarice | Material | Due from JLK Contracting, LLC | 481.59 | | -40,518.41 |
| 07/20/2022 | Deposit | | | 678013 INTERNET XFER FROM BUSINE 678013 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 7/20/22 AT 9:22 | Due from JLK Contracting, LLC | | 13,000.00 | -53,518.41 |
| 07/26/2022 | Expense | | JLK Contracting, LLC Jayme Kagarice | 411375 INTERNET XFER TO BUSINESS 411375 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 7/26/22 AT 11:00 | Due from JLK Contracting, LLC | 13,000.00 | | -40,518.41 |
| 08/22/2022 | Expense | | JLK Contracting, LLC | 061780 INTERNET XFER TO BUSINESS 061780 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 8/22/22 AT 8:08 | Due from JLK Contracting, LLC | 5,000.00 | | -35,518.41 |
| 08/23/2022 | Transfer | | | 495566 INTERNET XFER FROM BUSINE 495566 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 8/23/22 AT 15:48 | Due from JLK Contracting, LLC | | 13,000.00 | -48,518.41 |

## JLK Construction, LLC
## Due from JLK Contracting, LLC
### March 31, 2021 - February 13, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Disbursements | Receipts | Balance |
|------|------------------|-----|------|-----------------|---------|--------------|----------|---------|
| 09/13/2022 | Transfer | | | 403078 INTERNET XFER FROM BUSINE 403078 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 9/13/22 AT 9:01 | Due from JLK Contracting, LLC | | 6,000.00 | -54,518.41 |
| 09/14/2022 | Transfer | | | 707070 INTERNET XFER TO BUSINESS 707070 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 9/14/22 AT 8:26 | Due from JLK Contracting, LLC | 6,000.00 | | -48,518.41 |
| 09/30/2022 | Journal Entry | Labor for Contracting | | Due from Contracting for Wages paid by Construction as of 9/30/2022 | Due from JLK Contracting, LLC | 243,615.95 | | 195,097.54 |
| 11/09/2022 | Deposit | | JLK Contracting, LLC | 716753 INTERNET XFER FROM BUSINE 716753 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 11/09/22 AT 7:56 | Due from JLK Contracting, LLC | | 38,000.00 | 157,097.54 |
| 11/14/2022 | Expense | | JLK Contracting, LLC | 224108 INTERNET XFER TO BUSINESS 224108 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 11/14/22 AT 15:42 | Due from JLK Contracting, LLC | 12,000.00 | | 169,097.54 |
| 11/29/2022 | Deposit | | JLK Construction, LLC | Regular Deposit | Due from JLK Contracting, LLC | | 28,000.00 | 141,097.54 |
| 12/02/2022 | Expense | | JLK Contracting, LLC | Dda Debit DDA Debit | Due from JLK Contracting, LLC | 20,000.00 | | 161,097.54 |
| 12/02/2022 | Deposit | | JLK Construction, LLC | Regular Deposit | Due from JLK Contracting, LLC | | 20,000.00 | 141,097.54 |
| 12/02/2022 | Check | 3815 | JLK Contracting, LLC | loan repayment | Due from JLK Contracting, LLC | 28,000.00 | | 169,097.54 |
| 12/08/2022 | Deposit | | JLK Construction, LLC | Regular Deposit | Due from JLK Contracting, LLC | | 2,500.00 | 166,597.54 |
| 12/27/2022 | Deposit | | JLK Contracting, LLC | Regular Deposit | Due from JLK Contracting, LLC | | 27,444.33 | 139,153.21 |
| 01/24/2023 | Deposit | | JLK Contracting, LLC Jayme Kagarice | Regular Deposit | Due from JLK Contracting, LLC | | 25,000.00 | 114,153.21 |
| **Total for Due from JLK Contracting, LLC** | | | | | | **$  366,597.54** | **$  252,444.33** | |
| **TOTAL** | | | | | | **$  366,597.54** | **$  252,444.33** | |

**Fill in this information to identify the case:**

Debtor name  JLK Construction, LLC

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)  23-50034

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Caterpillar Financial Services**
Creditor's Name

PO Box 730681
Dallas, TX 75373-0681
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/23/2021
**Last 4 digits of account number**
9127
**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2022 Caterpillar Hydraulic Excavator, Model/Serial No 306-07CR-6G604817

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$76,987.00    $73,500.00

**2.2  CNH Industrial Accounts**
Creditor's Name

PO Box 71264
Philadelphia, PA 19176-6264
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3012
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Case International Tractor Case IH 9270, SN# JCB0029457
Same Loan as Sch D 2.3
(Arrears 4 months: $6,851.72)

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$54,138.12    $0.00

| Debtor | JLK Construction, LLC | | Case number (if known) | 23-50034 |
| | Name | | | |

---

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | CNH Industrial Accounts | | | | $54,138.12 | $70,000.00 |

**Creditor's Name**

PO Box 71264
Philadelphia, PA 19176-6264

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3012

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Case IH 9270, SN#  JCB0029457
Same loan as above CNH Sch D 2.2

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | M&T Equipment | | | | $0.00 | $0.00 |

**Creditor's Name**

aka Peoples United Eq Fin
PO Box 203
Brattleboro, VT 05302

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/25/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
UCC-1 20210120001913285 dated 1/25/2021
UCC-1 20210719000330552
for equipment listed therein re-purchased by
Newtek Small Business Finance's UUC-1
20220331002076682 dated 3/31/2022. No UCC3

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | Newtek Small Business Finance/SBA | | **Describe debtor's property that is subject to a lien** | | $4,792,633.13 | $3,606,888.00 |

---

Debtor      JLK Construction, LLC                                    Case number (if known)      23-50034
_____
Name

Creditor's Name

See Attached: Schedule B #50___ - NewTek's
Security Interest Equipment Pursuant to NewTek
981 Marcus Avenue                        UCC-1 20220331002076682, Filing Date
Suite 130                                3/31/2022 and NewTek's Security Agreement
Lake Success, NY 11042                   dated 3/31/2022. (2 pages)

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
03/31/2022

**Last 4 digits of account number**
6095

**Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?**         Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.6 | Nodaway Valley Bank | **Describe debtor's property that is subject to a lien** | $79,000.00 | $0.00 |

Creditor's Name                          Line of credit

4001 N Belt Highway
St Joseph, MO 64506

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
07/26/2019

**Last 4 digits of account number**
0146

**Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?**         Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.7 | Small Business Administration | **Describe debtor's property that is subject to a lien** | $493,381.98 | $0.00 |

Creditor's Name                          SBA Loan (5/18/2020 for $150,000, Disaster
Disaster Assist/Proc & Disb              Loan 3.75%)
14925 Kingsport Road
Fort Worth, TX 76155

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
05/18/20

Debtor    JLK Construction, LLC
_____
        Name

                                            Case number (if known)    23-50034
                                            _____

**Last 4 digits of account number**
7401
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | The Central Trust Bank |
|---|---|

Creditor's Name

**dba Central Bank Midwest**
2400 NW Prairie View Rd
Platte City, MO 64079
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
07/01/22

**Last 4 digits of account number**
7844,0950

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
2007 Kenworth W900 Road Tractor
VIN 1XKWPBEX87J173720
_____

**Describe the lien**
Money Purchase
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$58,738.72    $80,000.00

---

| 2.9 | The Central Trust Bank |
|---|---|

Creditor's Name

**dba Central Bank Midwest**
2400 NW Prairie View Rd
Platte City, MO 64079
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
7/1/2022

**Last 4 digits of account number**
2085

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
2009 Kenworth T800 Tractor
VIN 1XKDDB0XX9J938081
Certificate of Title f/c
_____

**Describe the lien**
Purchase Money
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$119,769.60    $80,000.00

---

| 2.1<br>0 | The Central Trust Bank |
|---|---|

Creditor's Name

**dba Central Bank Midwest**
2400 NW Prairie View Rd
Platte City, MO 64079

**Describe debtor's property that is subject to a lien**
2022 Pitts LB55-22DC, lowboy trailer
VIN 5JYLB5531NPP23623
(The Central Trust Bank)
_____

$119,769.60    $70,000.00

---

| Debtor | JLK Construction, LLC | Case number (if known) | 23-50034 |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/1/2022

**Last 4 digits of account number**
2085

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $5,848,556.27

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Nodaway Bank<br>Cook Road<br>POBox 7315<br>4001 N Belt Hwy<br>Saint Joseph, MO 64506 | Line  2.6 | 0146 |
| Small Business Admin<br>1000 Walnut, Ste. 500<br>Kansas City, MO 64106 | Line  2.7 | |
| Small Business Administration<br>POBox 3918<br>Portland, OR 97208-3918 | Line  2.7 | 7401 |
| Small Business Administration<br>1545 Hawkins Blvd, Ste 202<br>El Paso, TX 79925-2652 | Line  2.7 | 7401 |
| The Central Trust Bank<br>PO Box 1400<br>Lees Summit, MO 64063 | Line  2.8 | 7844,0950 |
| The Central Trust Bank<br>Smithville South<br>1603 S. 169 Highway<br>Smithville, MO 64089 | Line  2.8 | 7844,0950 |
| US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line  2.7 | |

**Fill in this information to identify the case:**

Debtor name   JLK Construction, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   23-50034

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | 4K Mobile Repair<br>7600 Norht Church Road<br>Kansas City, MO 64158 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  08/23/22 | **Basis for the claim:** Working Capital | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|
| | Cole Kagarice<br>12603 NE 135th Terrace<br>Kearney, MO 64060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Working Capital | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,925.00 |
|---|---|---|---|
| | Jayme Kagarice<br>18900 State Route DD Highway<br>Saint Joseph, MO 64505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Working Capital | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:   List Others To Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | JLK Construction, LLC | Case number (if known) | 23-50034 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | 4K Hauling, LLC<br>Attn: Tina Kagarice<br>PO Box 73<br>Kearney, MO 64060 | Line  3.1 <br><br>☐  Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 134,925.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 134,925.00 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    JLK Construction, LLC |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI |
| Case number (if known)    23-50034 |

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Premises located at 1214 Frederick Ave., St Joseph, MO 64501. All three floors until 8/31/2023, then the upper two floors 8/31/20023-8/31/2024. | |
| | State the term remaining | 2 years | |
| | List the contract number of any government contract | | 7MHD Properties<br>7 Mission Hills Dr.<br>Saint Joseph, MO 64507 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Work in Progress | |
| | State the term remaining | | |
| | List the contract number of any government contract | | AL Huber<br>10770 El Monte<br>Leawood, KS 66211 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Work in Progress | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Atlas Crane<br>1275 Aurora Avenue<br>Aurora, IL 60504 |

| Debtor 1 | JLK Construction, LLC | | | Case number (*if known*) | 23-50034 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Work in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Bettis Asphalt<br>1800 NW Brickyard Road<br>Topeka, KS 66618 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Vibratory Single Drum Soil Compactor S/N: S5600207 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Caterpillar Financial Services<br>PO Box 730681<br>Dallas, TX 75373-0681 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Work in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Emery Sapp<br>2301 Interstate 70 Drive<br>Columbia, MO 65202 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Work in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ervin Cable<br>450 Pryor Blvd<br>Sturgis, KY 42459 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Work in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | IEA Contractors<br>6325 Digital Way, Suite 460<br>Indianapolis, IN 46278 |

Debtor 1   JLK Construction, LLC

| First Name | Middle Name | Last Name |

Case number *(if known)*   23-50034

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | Work in Progress |
| State the term remaining | |
| List the contract number of any government contract | Kelly Build<br>4021 East 143rd St<br>Grandview, MO 64030 |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | Work in Progress |
| State the term remaining | |
| List the contract number of any government contract | Maderos Property, LLC<br>10401 Hutton Road<br>Kansas City, KS 66109 |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | Leased office IT equipment |
| State the term remaining | |
| List the contract number of any government contract | Proserve<br>3920 Pettis Rd<br>Saint Joseph, MO 64503 |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | Lease Agmts #20210309 / 2021031655<br>2011 CaseIH-S400W PS tractor, SN ZBF125988<br>$10,467.87 in arrears (3 months) |
| State the term remaining | |
| List the contract number of any government contract | Providence Capital Funding, Inc.<br>3070 Saturn St. Suite 100<br>Brea, CA 92821 |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | Lease Agmt #20220602/2022060512.<br>2014 580 Steiger Tractor, SN#: ZDF301603<br>$14,739 in arrears (3 months) |
| State the term remaining | |
| List the contract number of any government contract | Providence Capital Funding, Inc.<br>3070 Saturn St. Suite 100<br>Brea, CA 92821 |

| Debtor 1 | JLK Construction, LLC | | | Case number *(if known)* | 23-50034 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Work in Progress | |
|---|---|---|---|
| | State the term remaining | | Zernco |
| | List the contract number of any government contract | _____ | 2800 North Regency Park<br>Wichita, KS 67226 |

**Fill in this information to identify the case:**

Debtor name _____ JLK Construction, LLC _____

United States Bankruptcy Court for the: _____ WESTERN DISTRICT OF MISSOURI _____

Case number (if known) _____ 23-50034 _____

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.  Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2023 to Filing Date | ☐ Operating a business<br>■ Other  Operating a business. YTD 2/3/2023 P&L Accrual | $186,138.57 |
| For prior year:<br>From  1/01/2022 to 12/31/2022 | ☐ Operating a business<br>■ Other  Operating a business. P&L Accrual basis. | $4,054,903.84 |
| For year before that:<br>From  1/01/2021 to 12/31/2021 | ☐ Operating a business<br>■ Other  Operating a business. 2021 Tax Return | $6,768,921.00 |
| For the fiscal year:<br>From  1/01/2020 to 12/31/2020 | ☐ Operating a business<br>■ Other  Operating a business. 2020 Tax Return. | $1,885,303.00 |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    JLK Construction, LLC _____    Case number *(if known)*  23-50034

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Ford Credit<br>Nat'l Bankruptcy Svc Ctr<br>PO Box 62180<br>Colorado Springs, CO 80962 | 1/2023 | $47,785.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Jesse K's 2021 Ford F250 |
| 3.2. | 4K Mobile Repair<br>7600 N Church Rd<br>Kansas City, MO 64158 | 11/11/22,<br>11/18/2022,<br>12/16/2022 | $9,286.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. | Alva Advance<br>c/o Gene Rosen, Esq<br>200 Garden City Plaza Ste 405<br>Garden City, NY 11530 | 10/26/2022,<br>1027/2022,<br>10/28/2022,<br>10/31/2022,<br>11/01/2022,<br>11/02/2022,<br>11/03/2022,<br>11/04/2022,<br>11/07/2022,<br>11/08/2022,<br>11/09/2022,<br>11/10/2022,<br>11/14/2022,<br>11/15/2022,<br>11/16/2022,<br>11/17/2022,<br>11/18/2022,1<br>1/21/2022,<br>11/22/2022,<br>11/23/2022,<br>11/25/2022,<br>11/28/2022,<br>12/02/2022,<br>12/02/2022,<br>12/05/2022,<br>12/05/2022,<br>12/05/2022,<br>12/06/2022,<br>12/12/2022,<br>12/12/2022,<br>12/12/2022,<br>12/12/2022,<br>12/12/2022,<br>12/16/2022,<br>12/20/2022,<br>12/21/2022,<br>01/03/2023,<br>01/04/2023,<br>01/05/2023,<br>01/09/2023,<br>01/10/2023 | $135,740.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    JLK Construction, LLC
                                                                        Case number *(if known)*  23-50034

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.4. Arnold William Gerber<br>5009 N 145th Street<br>Basehor, KS 66007 | 11/01/2022,<br>12/12/2022 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Basys Processing<br>15300 W 105th Terrace<br>Lenexa, KS 66219 | 11/10/2022,<br>12/12/2022,<br>12/15/2022,<br>12/20/2022 | $19,853.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Caterpillar Financial Services<br>2120 West End Ave.<br>Nashville, TN 37203 | 11/01/2022,<br>11/18/2022,<br>11/18/2022,<br>12/20/2022,<br>12/20/2022 | $11,893.28 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. The Central Trust Bank<br>dba Central Bank Midwest<br>2400 NW Prairie View Rd<br>Platte City, MO 64079 | 10/31/2022,<br>11/01/2022,<br>11/08/2022,<br>11/18/2022,<br>11/29/2022,<br>11/30/2022,<br>12/05/2022,<br>12/07/2022,<br>12/08/2022,<br>12/09/2022,<br>12/09/2022,<br>12/12/2022,<br>12/14/2022,<br>12/15/2022,<br>12/16/2022,<br>12/20/2022,<br>12/23/2022,<br>12/27/2022,<br>12/28/2022,<br>12/29/2022,<br>12/30/2022,<br>01/03/2023,<br>01/04/2023,<br>01/05/2023,<br>01/06/2023,<br>01/10/2023,<br>01/11/2023,<br>01/16/2023 | $8,308.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Collins and Hermann<br>1215 Dunn Road<br>PO Box 38901-0901<br>Saint Louis, MO 63138 | 12/16/2022,<br>01/13/2023,<br>01/20/2023 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor  JLK Construction, LLC

Case number *(if known)*  23-50034

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. Comdata Fuel Card<br>PO Box 70995<br>Charlotte, NC 28272 | 11/01/2022,<br>11/10/2022,<br>11/16/2022,<br>11/22/2022,<br>11/25/2022,<br>12/02/2022,<br>12/06/2022,<br>12/12/2022,<br>12/14/2022,<br>12/19/2022,<br>01/04/2023 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. Fuel Station | 10/31/2022,<br>11/03/2022,<br>11/14/2022,<br>11/22/2022,<br>11/23/2022 | $9,343.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. Davis Excavation LLC<br>c/o Matthew J. Rogers, atty<br>Barber Emerson<br>1221 Massachusetts St PO Box 667<br>Lawrence, KS 66044-0667 | 12/02/2022 | $16,124.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. EIN Cap<br>40 Wall Street<br>Ste 2304<br>New York, NY 10005 | 10/28/2022,<br>10/31/2022,<br>11/01/2022,<br>11/02/2022,<br>11/03/2022,<br>11/04/2022,<br>11/07/2022,<br>11/08/2022,<br>11/09/2022,<br>11/10/2022,<br>11/14/2022,<br>11/15/2022,<br>11/16/2022,<br>11/17/2022,<br>11/18/2022,<br>11/21/2022,<br>11/22/2022,<br>11/23/2022,<br>11/25/2022,<br>11/28/2022,<br>11/30/2022,<br>12/02/2022,<br>12/14/2022,<br>12/21/2022, | $78,385.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Ellenberger Concrete Products LLC<br>PO Box 2001<br>Saint Joseph, MO 64502 | 11/14/2022,<br>12/05/2022 | $10,729.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    JLK Construction, LLC

Case number *(if known)*   23-50034

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. Global Funding<br>27-01 Queens Plaza North<br>Suite 802<br>Long Island City, NY 11101 | 10/26/2022,<br>10/27/2022,<br>10/28/2022,<br>10/31/2022,<br>11/01/2022,<br>11/02/2022,<br>11/03/2022,<br>11/04/2022,<br>11/07/2022,<br>11/08/2022,<br>11/09/2022,<br>11/10/2022,<br>11/14/2022 | $34,491.60 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. Holiday Sand<br>2330 S. 2nd St<br>Saint Joseph, MO 64501 | 11/18/2022,<br>11/22/2022,<br>11/23/2022,<br>11/25/2022,<br>12/06/2022,<br>12/07/2022,<br>12/22/2022,<br>12/30/2022,<br>01/05/2023 | $21,474.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. JLK Contracting, LLC<br>1214 Frederick Ave<br>Saint Joseph, MO 64501 | 11/14/2022,<br>12/02/2022 | $61,535.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. Kansas City Winwater Co<br>3939 A NE 33rd Terrace<br>Kansas City, MO 64117 | 11/01/2022,<br>12/05/2022,<br>12/19/2022 | $44,718.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. Local Union 101<br>Int'l Union of Operating Engineers<br>PO Box 909500<br>Salt Lake City, UT 84190 | 11/17/2022 | $48,993.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.19. M&T Equipment<br>aka Peoples United Eq Fin<br>PO Box 203<br>Brattleboro, VT 05302 | 10/31/2022,<br>12/05/2022,<br>12/09/2022,<br>12/15/2022 | $19,141.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    JLK Construction, LLC                                                      Case number *(if known)*  23-50034

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.20. Nodaway Bank<br>Cook Road<br>POBox 7315<br>4001 N Belt Hwy<br>Saint Joseph, MO 64506 | 10/28/2022,<br>11/01/2022,<br>11/18/2022,<br>11/28/2022,<br>12/01/2022,<br>12/02/2022,<br>12/05/2022,<br>12/06/2022,<br>12/07/2022,<br>12/08/2022,<br>12/09/2022,<br>12/12/2022,<br>12/13/2022,<br>12/14/2022,<br>12/15/2022,<br>12/16/2022,<br>12/20/2022,<br>12/21/2022,<br>12/28/2022,<br>12/29/2022,<br>12/30/2022,<br>01/04/2023,<br>01/05/2023,<br>2/6/2023 | $139,695.38 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. Paychex<br>94 New Karner Rd. #101<br>Albany, NY 12203 | 11/02/2022,<br>11/10/2022,<br>11/15/2022,<br>11/21/2022,<br>11/22/2022,<br>11/30/2022,<br>12/06/2022,<br>12/13/2022,<br>12/20/2022,<br>12/29/2022,<br>01/04/2023,<br>01/11/2023,<br>01/20/2023 | $258,617.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. Providence Capital Funding, Inc.<br>3070 Saturn St. Suite 100<br>Brea, CA 92821 | 11/01/2022,<br>11/15/2022,<br>12/02/2022,<br>12/15/2022,<br>12/21/2022,<br>01/03/2023,<br>01/09/2023 | $28,302.75 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. Rapid Finance Funding<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814 | 11/01/2022,<br>11/08/2022,<br>11/16/2022,<br>11/16/2022,<br>11/22/2022,<br>11/29/2022,<br>12/06/2022,<br>12/20/2022,<br>12/28/2022,<br>01/11/2023 | $20,691.96 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    JLK Construction, LLC                                    Case number *(if known)* 23-50034

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24. Secura Insurance | 11/17/2022,<br>12/19/2022 | $26,049.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Insurance. |
| 3.25. St Joseph Petroleum | 12/05/2022,<br>12/09/2022,<br>12/16/2022,<br>12/21/2022,<br>01/03/2023,<br>01/09/2023,<br>01/10/2023 | $24,640.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. WCI, Inc. | 11/01/2022,<br>11/10/2022,<br>11/15/2022 | $55,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other___ |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Jesse Kagarice<br><br>Managing Member | monthly<br>payments,<br>totalling<br>$12,446.60 | $12,446.40 | Monthly payment to Ally for 2021 Ford F250, VIN ending 7647. Debtor pays Jesse Kagarice's vehicle loan. The vehicle is used in the busines. |
| 4.2. Jesse Kagarice<br><br>Managing Member | monthly | $15,821.00 | Chase/Subaru personal loan of Jesse K's  for a company used car. Debtor made car loan payments on Jesse Kagarice's car which he used in the business, until car was sold 1/2023. |
| 4.3. Jesse L Kagarice<br><br>Managing Member | monthly | $11,057.04 | Payments to Ford Credit for Jesse K's 2021 Ford F250 truck VIN ending 7648 |
| 4.4. Jesse Kagarice<br><br>Managing Member | monthly | $18,860.40 | Ford Credit payments for the Ford 2021 King Ranch owned by Jesse K. Sold 2023. |
| 4.5. Jesse Kagarice<br><br>Managing Member | monthly<br>beginning<br>January, 2023 | $1,261.18 | 2022 Ford F150 payments to Ford Credit. |
| 4.6. Jesse Kagarice<br><br>Managing Member | monthly | $21,120.00 | Jesse K's medical/dental/vision insurance. |

| Debtor | JLK Construction, LLC | Case number *(if known)* 23-50034 |
|---|---|---|

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7.   Pension/IRA/401(k) | 2022 | $17,706.00 | Pension/IRA/401(k) for Jesse K. |
| 4.8.   Roy Kagarice  Managing Member's father | | $6,205.00 | Loan payment to Montrose Savings Bank for equipment Case IH 9460, JCB0026563. Roy Kagarice leased the equipment for debtor's use. UCC-1 202107260003378215. |
| 4.9.   Cole Kagarice  Managing Member's brother | monthly | $16,543.00 | Health/Dental/Vision Insurance |
| 4.10.  Cole Kagarice  Managing Member's brother | 12/2022 | $13,876.50 | Union pension contribution. |
| 4.11.  Jesse L Kagarice PO Box Managing Member | 3/21/2022 | $147,007.70 | M & T, aka People's United Equipment Finance Corp,  Loan #102493 and Loan #103892, payment by Newtek Small Business Finance  loan (UCC-1 20220331002076682) . |
| 4.12.  Jesse L Kagarice PO Box Managing Member | Sold 11/2/2022 (referenced in UCC-1 Nodaway Amd #2 Exclusion) | $155,000.00 | 2013 Caterpillar Crawler Tractor Dozer, Model D6T XW, SN RCW01362. Jesse Kagarice was guarantor on lien. |
| 4.13.  Jesse L Kagarice  Managing Member | 2/5/2023 | $128,000.00 | Sold: 2012 Kenworth T800 dump truck, VIN 1XKDD49X1CJ337213. Sold: 2012 Kenwork T800 dump truck, VIN 1XKDD49X1CJ337213. Sale approved by Nodaway Valley Bank, proceeds used to pay off Nodaway Valley Bank's secured loan. Jesse L Kagarice, guarantor. |
| 4.14.  See Attachment | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor | JLK Construction, LLC | | Case number *(if known)*   23-50034 |
|---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Davis Excavation LLC, Judgment Creditor v JLK Construction, Inc., Judgment Debtor 22BU-CC01203 | Breach of Contract | Circuit Court of Buchanan County, MO 411 Jules St Saint Joseph, MO 64501 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2.   EIN CAP, Inc. v JLK Construction, LLC and Jesse Kagarice not yet assigned | Complaint | Supreme Court of the State of New York County of Monroe 99 Exchange Blvd Hall of Justice 5th Fl, Rm 545 Rochester, NY 14614 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3.   Alva Advance LLC v JLK Construction LLC and Jesse Kagarice Claim No 44141/2023 | Claim | Mediation and Civil Arbitration Inc 14 Penn Plaza Ste 1315 New York, NY 10122 | ■ Pending ☐ On appeal ☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.   Shanie Mitchell 10159 W  96th Terrrace Overland Park, KS 66212 | $5,000 gift | 12/2021 | $5,000.00 |
| **Recipients relationship to debtor** Jesse K's sister | | | |
| 9.2.   Lacie Friesz 613 Poor Street Olathe, KS 66061 | $5,000 | 12/2021 | $5,000.00 |
| **Recipients relationship to debtor** Jesse K's sister | | | |

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    JLK Construction, LLC                                Case number *(if known)*  23-50034

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| TRAILER: 2021 LDTL VIN 4ZECH2024M1236102 . Trailer stolen 9/14/2022, Case 22-12578 with Bonner Spring Police Dept. | Currently waiting for insurance reimbursement of $5,489.20 | 9/14/2022 | $5,489.20 |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Fox Law Corporation, Inc.<br>17835 Ventura Blvd.<br>Suite 306<br>Encino, CA 91316 | Attorney Fees | 12/28/2022, 1/26/2022 | $70,000.00 |
| | **Email or website address**<br>srfox@foxlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Evans & Mullinix, P.A.<br>7225 Renner Rd., Ste 200<br>Shawnee, KS 66217 | Attorney fees and $1,738 court filing fee. | 2/6/2023 | $14,738.00 |
| | **Email or website address**<br>cgotham@emlawkc.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    JLK Construction, LLC _____    Case number *(if known)*  23-50034

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | B&T Tractor Hurlingen Rd NE Saint Joseph, MO 64507 | Truck: 2008 Kenworth T800, VIN 1XXDDB9X78J172974; 2021 Frontier BB2184 Box Blade; 2018 John Deere MX6; Frontier GS106 OL Overseeder | 5/21/2022 | $40,000.00 |
| | **Relationship to debtor** none | | | |
| 13.2. | B&T Tractor | 2009 JD Tractor 4720 Serial No:  LV4720H670088 | Fall 2022 | $38,500.00 |
| | **Relationship to debtor** none | | | |
| 13.3. | Foley Equipment 3619 Pear St Saint Joseph, MO 64503 | 2013 Caterpillar Crawler D6tXW Dozer Serial No: RCWO1362 | 11/10/2022 | $154,000.00 |
| | **Relationship to debtor** none | | | |
| 13.4. | Heartland Tractor 809 W Grand Ave Ivoryton, CT 06442-9000 | Ashland Ash 1410E Scraper, Scraper Pan Serial No: 25432 | 11/14/2022 | $36,850.00 |
| | **Relationship to debtor** none | | | |
| 13.5. | Heartland Tractor 809 W Grand Ave Cameron, MO 64429 | Ashland Ash 1410E Scraper, Scraper Pan Serial No: 25296 | 11/14/2022 | $36,850.00 |
| | **Relationship to debtor** none | | | |
| 13.6. | Road Builders 1001 S 7th Street Kansas City, KS 66105 | 2018 Caterpillar 330 Ecavator, Serial No: MBX20073 sale. | 11/9/2022 | $167,000.00 |
| | **Relationship to debtor** none | | | |
| 13.7. | Tony Beck unknown | UTV Polaris Ranger | 1/10/2023 | $8,000.00 |
| | **Relationship to debtor** none | | | |

Debtor   JLK Construction, LLC                                   Case number *(if known)* 23-50034

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.8. | 4K Hauling, LLC PO Box 73 Kearney, MO 64060 | 2012 Kenworth T800 dump truck, VIN 1XKDD49X1CJ337213. 2012 Kenwork T800 dump truck, VIN 1XKDD49X7CJ337247. Sale approved by Nodaway Valley Bank. $128,000 towards Nodaway Valley Bank debt. | February 5, 2023 | $128,000.00 |
| | Relationship to debtor None | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 18900 State Route DD Hwy Saint Joseph, MO 64505 | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　　　■ No Go to Part 10.
　　　☐ Yes. Fill in below:

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

| Debtor | JLK Construction, LLC | Case number *(if known)*  23-50034 |
|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Nodaway Valley Bank Branch 6424559 | **XXXX**-4559 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | JLK Construction, LLC | Case number *(if known)* | 23-50034 |

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Ariel McRaven<br>PO Box 9427<br>Rancho Cucamonga, CA 91701 | 12/2022 to present |
| 26a.2. | Englehardt Bookkeeping<br>43 E Main St<br>Adrian, MO 64720 | 2018-2021 |
| 26a.3. | Lichti, Franken, Kilsabeck & Gawatz LLC<br>3801 Beck Rd<br>Saint Joseph, MO 64506 | June 2022 - October 2022 |
| 26a.4. | Myers CPA LLC<br>1707 E 123 Terrace<br>Olathe, KS 66061 | October 2022-December 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☐ None

Debtor    JLK Construction, LLC _____    Case number *(if known)*  23-50034

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.  Englehardt Bookkeeping<br>43 E Main St<br>Adrian, MO 64720 | 2018-2021 |

| Name and address | Date of service From-To |
| --- | --- |
| 26b.2.  Lichti, Franken, Kilsabeck & Gawatz LLC<br>3801 Beck Rd<br>Saint Joseph, MO 64506 | June 2022 - October 2022 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.  Ariel McRaven<br>PO Box 9427<br>Rancho Cucamonga, CA 91701 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.  Nodaway Bank<br>4001 N Belt Hwg<br>Saint Joseph, MO 64501 |
| 26d.2.  Central Bank of Midwest<br>102 Main St<br>Dearborn, MO 64439 |
| 26d.3.  Bison State Bank<br>9201 Ward Parkway<br>Suite 201<br>Kansas City, MO 64114 |
| 26d.4.  Newtek Small Business Admin<br>981 Marcus Ave Ste 130<br>Lake Success, NY |
| 26d.5.  Foley Equipment<br>1550 S WEst Street<br>Wichita, KS 67213 |
| 26d.6.  M&T Equipment<br>aka Peoples United Eq Fin<br>PO Box 203<br>Brattleboro, VT 05302 |
| 26d.7.  Providence Capital Funding, Inc.<br>3070 Saturn St. Suite 100<br>Brea, CA 92821 |
| 26d.8.  SBA EIDL Loan<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 |

Debtor    JLK Construction, LLC                                    Case number *(if known)*  23-50034

---

| Name and address | | |
|---|---|---|
| 26d.9. | Caterpillar Financial Services<br>PO Box 730681<br>Dallas, TX 75373-0681 | |

---

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Halle Norris and Roy Kagarice | 1/2/2023 - 1/6/2023 | |

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | Jesse Kagarice | | |

---

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jesse L Kagarice | | Member | 100% |

---

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

---

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jesse L Kagarice<br>PO Box 8820<br>Saint Joseph, MO 64505 | Medical/Dental/Vision Insurance $21,120<br>Ford 2021 King Ranch $18,860.14<br>2021 Ford F250 VIN ending 7648 $11,057.04<br>2021 Ford F250 VIN ending 7647 $12,446.40<br>2022 Ford F150, monthly payments $1,261.88<br>Pension Contributions $17,706<br>Chase/Subaru loan pymts $15,821 | | |

| | Relationship to debtor | | |
|---|---|---|---|
| | Managing Member | | |

---

Debtor    JLK Construction, LLC                                    Case number *(if known)*    23-50034

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Jesse L Kagarice<br>PO Box 8820<br>Saint Joseph, MO 64505 | See attached Distributions List. | | |
| | **Relationship to debtor**<br>Managing Member | | | |
| 30.3. | Cole Kagarice | Medical/Dental/Vision Insurance $16,543<br>Pension Contribution $13,876.50 | | |
| | **Relationship to debtor**<br>Managing Member's Brother | | | |
| 30.4. | Roy Kagarice | Loan repayment for equipment lease in Roy's name $6,205 | | |
| | **Relationship to debtor**<br>Managing Member's Father | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Local Union 101 Fringe Benefits Fund(s) | **EIN:** |

Debtor    JLK Construction, LLC                                    Case number *(if known)*   23-50034

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 18, 2023

/s/ Jesse L. Kagarice                              Jesse L. Kagarice
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# JLK Construction, LLC
## Members Draw Transaction Report
January 30, 2022 - January 30, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Members Draw** | | | | | | | |
| Beginning Balance | | | | | | | |
| 02/18/2022 | Check | 10071 | | CHECK 10071 CHECK | Members Draw | Nodaway Valley Bank | -2,000.00 |
| 03/04/2022 | Check | 10206 | Jesse Kagarice | CHECK 10206 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 03/07/2022 | Check | 10207 | Jesse Kagarice | CHECK 10207 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 03/09/2022 | Check | 10209 | Jesse Kagarice | CHECK 10209 CHECK | Members Draw | Nodaway Valley Bank | -2,500.00 |
| 04/04/2022 | Check | 10213 | Jesse Kagarice | CHECK 10213 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 04/11/2022 | Check | 10214 | Cash | CHECK 10214 CHECK | Members Draw | Nodaway Valley Bank | -2,500.00 |
| 04/29/2022 | Check | 10218 | Jesse Kagarice | CHECK 10218 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 05/26/2022 | Check | 10221 | | CHECK 10221 CHECK | Members Draw | Nodaway Valley Bank | -2,500.00 |
| 06/07/2022 | Check | 10222 | Jesse Kagarice | CHECK 10222 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 06/23/2022 | Check | 10223 | Cash | CHECK 10223 CHECK | Members Draw | Nodaway Valley Bank | -2,000.00 |
| 06/27/2022 | Check | 10224 | Cash | CHECK 10224 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 08/01/2022 | Check | 10232 | Jesse Kagarice | CHECK 10232 CHECK | Members Draw | Nodaway Valley Bank | -4,000.00 |
| 09/16/2022 | Check | 10326 | Cash | CHECK 10326 CHECK | Members Draw | Nodaway Valley Bank | -1,000.00 |
| 10/11/2022 | Check | 10330 | Cash | CHECK 10330 CHECK | Members Draw | Nodaway Valley Bank | -1,200.00 |
| 04/01/2022 | Expense | 10377 | Cash | CHECK 10377 CHECK | Members Draw | Nodaway Valley Bank | -2,000.00 |
| 01/31/2022 | Check | 3363 | Jesse Kagarice | CHECK 3363 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 02/08/2022 | Check | 3379 | Jesse Kagarice | CHECK 3379 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 02/14/2022 | Check | 3386 | Jesse Kagarice | CHECK 3386 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 02/22/2022 | Check | 3401 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -6,000.00 |
| 03/07/2022 | Check | 3421 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -6,000.00 |
| 03/17/2022 | Check | 3446 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 03/22/2022 | Check | 3453 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 03/31/2022 | Check | 3458 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 04/11/2022 | Check | 3468 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -6,000.00 |
| 04/19/2022 | Check | 3486 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 04/20/2022 | Check | 3487 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/04/2022 | Check | 3512 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/11/2022 | Check | 3526 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |

# JLK Construction, LLC
## Members Draw Transaction Report
### January 30, 2022 - January 30, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 05/18/2022 | Check | 3532 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/25/2022 | Check | 3544 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 06/08/2022 | Check | 3559 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 11/10/2022 | Check | 3754 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 07/06/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 4001 N BELT ST.JOSEPH MO IP1421 008913 | Members Draw | Nodaway Valley Bank | -200.00 |
| 07/15/2022 | Expense | | Jesse Kagarice | XX6195 CHK PURCH PIN DICKS SPORTING G SAINT JOSEPH MO 00661177 21968100 | Members Draw | Nodaway Valley Bank | -423.86 |
| 08/29/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 2102 CENTRAL ST KANSAS CITY LA RT80688 002356 | Members Draw | Nodaway Valley Bank | -204.99 |
| 09/26/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 4001 N BELT ST.JOSEPH MO IP1421 001842 | Members Draw | Nodaway Valley Bank | -300.00 |
| 10/17/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 4001 N BELT ST.JOSEPH MO IP1421 005573 | Members Draw | Nodaway Valley Bank | -300.00 |
| 12/29/2022 | Expense | | Jesse Kagarice | JOSEPH  MO TF217011   12-28-22 18:57:02, [0209] | Members Draw | Bison State Bank Checking (-096) | -83.50 |
| 01/03/2023 | Expense | | Jesse Kagarice | JOSEPH  MO TF217011    1-02-23 17:44:36, [0209] | Members Draw | Bison State Bank Checking (-096) | -200.00 |

**Total for Members Draw**     -$   **93,412.35**

**TOTAL**     -$   **93,412.35**

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|------|-----------------|-----|-----------------|---------|--------|
| **4K Hauling** | | | | | |
| 05/14/2019 | Check | 661 | Need to find out what Job (s) | Nodaway Valley Bank | -2,090.90 |
| 07/10/2019 | Check | 745 | | Nodaway Valley Bank | -800.00 |
| 07/24/2019 | Check | 778 | Equipment Moved | Nodaway Valley Bank | -750.00 |
| 09/10/2019 | Check | 835 | moved 953 track loader from OReilly to Novel and moved F350 from Novel to Butler | Nodaway Valley Bank | -562.50 |
| 10/15/2019 | Bill | | Blacksnake Creek | Post Petition Accounts Payable | 3,636.00 |
| 11/11/2019 | Bill Payment (Check) | 1070 | Blacksnake Creek | Nodaway Valley Bank | -3,636.00 |
| 01/23/2020 | Check | 922 | Invoice#1005 | Nodaway Valley Bank | -405.00 |
| 02/12/2020 | Check | 1389 | Invoice 1010 Novel Place | Nodaway Valley Bank | -2,070.00 |
| 03/02/2020 | Check | 1322 | Job 520 Armour | Nodaway Valley Bank | -4,365.00 |
| 04/01/2020 | Check | 1487 | Novel Place | Nodaway Valley Bank | -3,000.00 |
| 04/07/2020 | Check | 1415 | invoice 1019 | Nodaway Valley Bank | -2,500.00 |
| 04/13/2020 | Check | 1424 | | Nodaway Valley Bank | -2,500.00 |
| 04/13/2020 | Check | 1435 | invoice 1029 Novel Place | Nodaway Valley Bank | -2,500.00 |
| 04/20/2020 | Check | 1424 | Novel Place | Nodaway Valley Bank | -2,500.00 |
| 05/19/2020 | Check | 1504 | | Nodaway Valley Bank | -3,295.00 |
| 06/05/2020 | Check | 1661 | Oddo#7 | Nodaway Valley Bank | -3,442.50 |
| 08/04/2020 | Check | 2047 | | Nodaway Valley Bank | -3,002.50 |
| 08/26/2020 | Check | 2084 | | Nodaway Valley Bank | -720.00 |
| 09/11/2020 | Check | 2166 | | Nodaway Valley Bank | -2,500.00 |
| 09/18/2020 | Check | 2185 | | Nodaway Valley Bank | -2,500.00 |
| 09/29/2020 | Check | 2201 | invoices 1058, 1061, 1070 | Nodaway Valley Bank | -2,607.50 |
| 10/02/2020 | Check | 2233 | | Nodaway Valley Bank | -2,490.00 |
| 11/23/2020 | Check | 2366 | | Nodaway Valley Bank | -2,500.00 |
| 02/26/2021 | Check | 2613 | | Nodaway Valley Bank | -4,500.00 |
| 05/11/2021 | Check | 2782 | CHECK 2782 CHECK | Nodaway Valley Bank | -9,523.00 |
| 06/14/2021 | Check | 2872 | CHECK 2872 CHECK | Nodaway Valley Bank | -78.00 |
| 06/16/2021 | Check | 2880 | CHECK 2880 CHECK | Nodaway Valley Bank | -5,500.00 |
| 06/23/2021 | Check | 2892 | CHECK 2892 CHECK | Nodaway Valley Bank | -188.00 |

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|------|------------------|-----|------------------|---------|--------|
| 07/15/2021 | Check | 2959 | CHECK 2959 CHECK | Nodaway Valley Bank | -168.00 |
| 07/21/2021 | Check | 2968 | CHECK 2968 CHECK | Nodaway Valley Bank | -192.00 |
| 08/03/2021 | Check | 2978 | CHECK 2978 CHECK | Nodaway Valley Bank | -120.00 |
| 08/04/2021 | Check | 2986 | CHECK 2986 CHECK | Nodaway Valley Bank | -5,487.65 |
| 08/10/2021 | Check | 3106 | | Nodaway Valley Bank | -120.00 |
| 08/10/2021 | Check | 2984 | CHECK 2984 CHECK | Nodaway Valley Bank | -96.00 |
| 08/19/2021 | Bill | | | Post Petition Accounts Payable | 198.00 |
| 08/19/2021 | Bill Payment (Check) | 3037 | | Nodaway Valley Bank | -198.00 |
| 08/24/2021 | Bill | | | Post Petition Accounts Payable | 108.00 |
| 08/24/2021 | Bill Payment (Check) | 3045 | | Nodaway Valley Bank | -108.00 |
| 09/08/2021 | Bill | | | Post Petition Accounts Payable | 34,500.00 |
| 09/08/2021 | Bill Payment (Check) | 3055 | | Nodaway Valley Bank | -34,500.00 |
| 09/09/2021 | Bill | | | Post Petition Accounts Payable | 830.00 |
| 09/09/2021 | Bill Payment (Check) | 3072 | | Nodaway Valley Bank | -830.00 |
| 10/07/2021 | Expense | 3126 | CHECK 3126 CHECK | Nodaway Valley Bank | -81,880.00 |
| 01/05/2022 | Check | 3319 | | Nodaway Valley Bank | -1,890.00 |
| 01/13/2022 | Check | 3346 | | Nodaway Valley Bank | -1,200.00 |
| 02/23/2022 | Check | 3405 | Stella-Jones Pole yard | Nodaway Valley Bank | -2,060.00 |
| 08/23/2022 | Deposit | | DEPOSIT | Nodaway Valley Bank | 50,000.00 |
| 12/21/2022 | Check | 3852 | | Bison State Bank Checking (-096) | -5,000.00 |
| 12/28/2022 | Bill | | | Post Petition Accounts Payable | 6,085.75 |
| 02/13/2023 | Journal Entry | PrePetition AP2.13.23 | | | |

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|------|-----------------|-----|------------------|---------|--------|
| **4K Mobile Repair** | | | | | |
| 09/28/2021 | Expense | 3117 | CHECK 3117 CHECK | Nodaway Valley Bank | -665.00 |
| 10/12/2021 | Expense | | XX0609 CHK PURCH SIG 4K MOBILE R XX0609 CHK PURCH SIG 4K MOBILE REPAIR 816-7868496 MO 10100023 530548 | Nodaway Valley Bank | -1,500.00 |
| 12/22/2021 | Expense | | XX8444 CHK PURCH SIG 4K MOBILE R XX8444 CHK PURCH SIG 4K MOBILE REPAIR KEARNEY MO 10829425 652758 | Nodaway Valley Bank | -720.00 |
| 12/22/2021 | Expense | | 4K MOBILE REPAIR | Central Bank CC:Cole Kagarice CC | 5,000.00 |
| 01/10/2022 | Expense | | 4K MOBILE REPAIR | Central Bank CC:Cole Kagarice CC | 2,925.00 |
| 01/18/2022 | Expense | | 4K MOBILE REPAIR | Central Bank CC:Cole Kagarice CC | 3,000.00 |
| 01/31/2022 | Expense | | 4K MOBILE REPAIR | Central Bank CC:Cole Kagarice CC | 2,880.00 |
| 02/28/2022 | Expense | | 4K MOBILE REPAIR | Central Bank CC:Cole Kagarice CC | 858.99 |
| 03/03/2022 | Check | 10041 | CHECK 10041 CHECK - 2006 F-650 repair | Nodaway Valley Bank | -4,866.98 |
| 04/04/2022 | Expense | | 4K MOBILE REPAIR | Central Bank CC:Cole Kagarice CC | 190.00 |
| 04/22/2022 | Expense | | 4K MOBILE REPAIR | Central Bank CC:Cole Kagarice CC | 519.50 |
| 05/10/2022 | Expense | | XX0609 CHK PURCH SIG 4K MOBILE R XX0609 CHK PURCH SIG 4K MOBILE REPAIR 816-7868496 MO 12139016 789008 | Nodaway Valley Bank | -505.00 |
| 05/17/2022 | Expense | | XX0609 CHK PURCH SIG 4K MOBILE R XX0609 CHK PURCH SIG 4K MOBILE REPAIR 816-7868496 MO 12277924 618491 | Nodaway Valley Bank | -695.00 |
| 05/27/2022 | Expense | | 4K MOBILE REPAIR | Central Bank CC:Cole Kagarice CC | 1,980.66 |
| 06/24/2022 | Expense | | XX0609 CHK PURCH SIG 4K MOBILE R XX0609 CHK PURCH SIG 4K MOBILE REPAIR KEARNEY MO 12731022 031070 | Nodaway Valley Bank | -2,747.84 |
| 07/13/2022 | Check | 3605 | | Nodaway Valley Bank | -3,785.00 |
| 08/15/2022 | Check | 3643 | | Nodaway Valley Bank | -5,445.97 |

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|---|---|---|---|---|---|
| 08/16/2022 | Check | 3649 | | Nodaway Valley Bank | -3,710.96 |
| 09/07/2022 | Check | 10047 | CHECK 10047 CHECK | Nodaway Valley Bank | -6,074.90 |
| 09/27/2022 | Check | 3699 | | Nodaway Valley Bank | -5,810.00 |
| 10/20/2022 | Check | 3731 | | Nodaway Valley Bank | -700.00 |
| 11/11/2022 | Check | 3756 | | Nodaway Valley Bank | -5,891.00 |
| 11/18/2022 | Check | 10128 | CHECK 10128 CHECK Invoice#1150 | Nodaway Valley Bank | -1,395.59 |
| 12/16/2022 | Check | 3843 | | Bison State Bank Checking (-096) | -2,000.00 |
| | | | | | |
| **Cindy Kagarice** | | | | | |
| 06/12/2019 | Check | 725 | payroll through Engelhardt Bookkeeping | Nodaway Valley Bank | -423.44 |
| 06/19/2019 | Check | 685 | pay period ending 06/16/2019 | Nodaway Valley Bank | -423.44 |
| 06/26/2019 | Check | 689 | PPE 06/23/2019 | Nodaway Valley Bank | -423.44 |
| 07/03/2019 | Check | 733 | PPE 07/03/2019 | Nodaway Valley Bank | -423.44 |
| 07/20/2022 | Deposit | | DEPOSIT | Nodaway Valley Bank | 2,000.00 |
| 07/24/2019 | Check | 768 | PPE 07/21/2019 | Nodaway Valley Bank | -423.44 |
| 08/21/2019 | Check | 936 | PPE 08/17/2019 | Nodaway Valley Bank | -423.44 |
| 09/09/2022 | Deposit | | Deposit | Central Bank of the Midwest (deleted) | 4,000.00 |
| 09/25/2019 | Check | 880 | | Nodaway Valley Bank | -200.00 |
| 10/23/2019 | Check | 1103 | reimbursement for cash sale of fuel purchased for the Blacksnake Creek Project | Nodaway Valley Bank | -229.92 |
| 10/23/2019 | Check | 1104 | Dodge fuel truck rental | Nodaway Valley Bank | -277.18 |
| 10/25/2019 | Check | 1118 | Blacksnake Creek Reimbursement for Rental Equipment | Nodaway Valley Bank | -556.00 |
| 10/30/2019 | Check | 1036 | reimbursement for file cabinets | Nodaway Valley Bank | -131.60 |
| 11/20/2019 | Check | 1180 | payment toward 2007 Ford Pick-up | Nodaway Valley Bank | -274.86 |
| 11/20/2019 | Check | 1192 | | Nodaway Valley Bank | -145.58 |
| 11/27/2019 | Check | 1207 | PPE 11/23/2019 | Nodaway Valley Bank | -1,073.93 |
| 12/04/2019 | Check | 1225 | 2007 Dodge Truck | Nodaway Valley Bank | -277.18 |

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|---|---|---|---|---|---|
| 12/18/2019 | Check | 1227 | 2007 Dodge Truck Hired | Nodaway Valley Bank | -274.86 |
| 01/09/2020 | Check | 1287 | Pretech reimbursement Novel Place | Nodaway Valley Bank | -403.76 |
| 01/28/2020 | Check | 1330 | Dodge | Nodaway Valley Bank | -277.18 |
| 02/25/2020 | Check | 1174 | Filters and Oil for 750 Crawler Dozer | Nodaway Valley Bank | -263.33 |
| 06/24/2020 | Check | 1715 | PPE 06/20/2020 | Nodaway Valley Bank | -1,025.61 |
| 01/25/2021 | Expense | 2522 | Check #2522 | Nodaway Valley Bank | -195.11 |
| 09/08/2021 | Bill | | | Post Petition Accounts Payable | 10,000.00 |
| 09/08/2021 | Bill Payment (Check) | 3057 | | Nodaway Valley Bank | -10,000.00 |
| 09/09/2022 | Deposit | | Deposit | Central Bank of the Midwest (deleted) | 4,000.00 |
| 12/09/2022 | Check | 3828 | | Bison State Bank Checking (-096) | -5,000.00 |
| 03/13/2020 | Check | 1358 | reimbursement 4 way chain spreaders | Nodaway Valley Bank | -674.75 |
| 04/15/2020 | Check | 1444 | Truck Payment Reimbursement | Nodaway Valley Bank | -274.86 |
| 05/13/2020 | Check | 1620 | Reimbursement for Office Supplies | Nodaway Valley Bank | -181.05 |
| 06/10/2020 | Check | 1666 | reimbursement | Nodaway Valley Bank | -177.40 |
| 06/24/2020 | Check | 1724 | | Nodaway Valley Bank | -340.13 |
| 07/01/2020 | Check | 1741 | reimbursement | Nodaway Valley Bank | -97.42 |
| 10/19/2020 | Check | 2274 | reimbursement material expense | Nodaway Valley Bank | -139.11 |
| 12/01/2020 | Check | 2396 | reimbursement truck repair | Nodaway Valley Bank | -700.00 |
| 01/20/2021 | Check | 2522 | reimbursement | Nodaway Valley Bank | 0.00 |

**Cole Kagarice**

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|---|---|---|---|---|---|
| 07/24/2019 | Check | 771 | | Nodaway Valley Bank | -2,500.00 |
| 12/14/2022 | Check | 3834 | | Bison State Bank Checking (-096) | -5,025.00 |
| 01/26/2023 | Deposit | | Regular Deposit | Bison State Bank Checking (-096) | 60,000.00 |

**Jayme Kagarice Personal Account**

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|---|---|---|---|---|---|
| 11/01/2022 | Deposit | | | Nodaway Valley Bank | 24,925.00 |

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|------|------------------|-----|------------------|---------|--------|
| **JLK Contracting, LLC** | | | | | |
| 03/14/2022 | Check | 10210 | CHECK 10210 CHECK | Nodaway Valley Bank | -2,000.00 |
| 05/20/2022 | Expense | | 269815 INTERNET XFER TO BUSINESS 269815 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 5/20/22 AT 14:25 | Nodaway Valley Bank | -10,000.00 |
| 05/31/2022 | Deposit | | 374051 INTERNET XFER FROM BUSINE 374051 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 5/31/22 AT 13:36 | Due from JLK Contracting, LLC | 10,000.00 |
| 06/01/2022 | Deposit | | 735626 INTERNET XFER FROM BUSINE 735626 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 6/01/22 AT 15:37 | Nodaway Valley Bank | 30,000.00 |
| 06/28/2022 | Deposit | | 427448 INTERNET XFER FROM BUSINE 427448 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 6/28/22 AT 13:23 | Nodaway Valley Bank | 10,000.00 |
| 06/30/2022 | Transfer | | 015452 INTERNET XFER FROM BUSINE 015452 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 6/30/22 AT 15:20 | Due from JLK Contracting, LLC | 26,500.00 |
| 07/05/2022 | Transfer | | 197593 INTERNET XFER TO BUSINESS 197593 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 7/05/22 AT 14:59 | Due from JLK Contracting, LLC | -26,500.00 |
| 07/12/2022 | Deposit | | 368716 INTERNET XFER FROM BUSINE 368716 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 7/12/22 AT 8:19 | Nodaway Valley Bank | 3,000.00 |
| 07/14/2022 | Expense | | Material was taken out of the wrong account | Nodaway Valley Bank | -481.59 |

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|------|------------------|-----|------------------|---------|--------|
| 07/20/2022 | Deposit | | 678013 INTERNET XFER FROM BUSINE 678013 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 7/20/22 AT 9:22 | Due from JLK Contracting, LLC | 13,000.00 |
| 07/26/2022 | Expense | | 411375 INTERNET XFER TO BUSINESS 411375 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 7/26/22 AT 11:00 | Nodaway Valley Bank | -13,000.00 |
| 08/22/2022 | Expense | | 061780 INTERNET XFER TO BUSINESS 061780 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 8/22/22 AT 8:08 | Nodaway Valley Bank | -5,000.00 |
| 08/23/2022 | Transfer | | 495566 INTERNET XFER FROM BUSINE 495566 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 8/23/22 AT 15:48 | Due from JLK Contracting, LLC | 13,000.00 |
| 09/13/2022 | Transfer | | 403078 INTERNET XFER FROM BUSINE 403078 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 9/13/22 AT 9:01 | Due from JLK Contracting, LLC | 6,000.00 |
| 09/14/2022 | Transfer | | 707070 INTERNET XFER TO BUSINESS 707070 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 9/14/22 AT 8:26 | Due from JLK Contracting, LLC | -6,000.00 |
| 09/30/2022 | Journal Entry | Labor for Contracting | Due from Contracting for Wages paid by Construction as of 9/30/2022 | Due from JLK Contracting, LLC | -243,615.95 |
| 11/09/2022 | Deposit | | 716753 INTERNET XFER FROM BUSINE 716753 INTERNET XFER FROM BUSINESS BANKING xxxxxxx972 ON 11/09/22 AT 7:56 | Nodaway Valley Bank | 38,000.00 |

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|---|---|---|---|---|---|
| 11/14/2022 | Expense | | 224108 INTERNET XFER TO BUSINESS 224108 INTERNET XFER TO BUSINESS BANKING xxxxxxx972 ON 11/14/22 AT 15:42 | Nodaway Valley Bank | -12,000.00 |
| 11/22/2022 | Deposit | | DEPOSIT - reimbursement for office expense ProServ | Nodaway Valley Bank | 5,638.76 |
| 11/29/2022 | Deposit | | Regular Deposit | Due from JLK Contracting, LLC | 28,000.00 |
| 12/02/2022 | Expense | | Dda Debit DDA Debit | Due from JLK Contracting, LLC | -20,000.00 |
| 12/02/2022 | Deposit | | Regular Deposit | Due from JLK Contracting, LLC | 20,000.00 |
| 12/02/2022 | Check | 3814 | | Bison State Bank Checking (-096) | -1,531.84 |
| 12/02/2022 | Check | 3815 | | Bison State Bank Checking (-096) | -28,000.00 |
| 12/02/2022 | Expense | | Dda Debit DDA Debit | Bison State Bank Checking (-096) | -20,003.50 |
| 12/08/2022 | Deposit | | Regular Deposit | Due from JLK Contracting, LLC | 2,500.00 |
| 12/12/2022 | Deposit | | Deposit reimbursement for fuel | Central Bank of the Midwest (deleted) | 6,218.06 |
| 12/12/2022 | Deposit | | Deposit - reimbursement for fuel | Central Bank of the Midwest (deleted) | 3,000.00 |
| 12/27/2022 | Deposit | | Regular Deposit | Bison State Bank Checking (-096) | 27,444.33 |
| 01/24/2023 | Deposit | | Regular Deposit | Bison State Bank Checking (-096) | 25,000.00 |

**Paydirt Equipment Rental, LLC**

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|---|---|---|---|---|---|
| 04/01/2020 | Check | 1399 | Kabelco & New Holland Excavators | Nodaway Valley Bank | -1,994.00 |
| 06/24/2020 | Check | 1734 | Voided - VOID: | Nodaway Valley Bank | 0.00 |
| 06/25/2020 | Check | 1735 | 2-Excavator's | Nodaway Valley Bank | -1,994.00 |
| 07/13/2020 | Check | 1789 | | Nodaway Valley Bank | -1,100.00 |
| 07/27/2020 | Check | 2039 | | Nodaway Valley Bank | -1,994.00 |
| 08/24/2020 | Check | 2098 | | Nodaway Valley Bank | -1,100.00 |
| 09/04/2020 | Check | 2151 | | Nodaway Valley Bank | -2,000.00 |
| 09/28/2020 | Check | 2186 | | Nodaway Valley Bank | -1,100.00 |

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|------|------------------|-----|------------------|---------|--------|
| 10/07/2020 | Check | 2247 | Excavator's | Nodaway Valley Bank | -1,994.00 |
| 10/19/2020 | Check | 2276 | | Nodaway Valley Bank | -1,100.00 |
| 11/04/2020 | Check | 2320 | | Nodaway Valley Bank | -1,994.00 |
| 12/07/2020 | Check | 2404 | | Nodaway Valley Bank | -3,096.46 |
| 03/02/2021 | Expense | 2608 | CHECK 2608 CHECK | Nodaway Valley Bank | -1,100.00 |
| 03/15/2021 | Expense | 2646 | CHECK 2646 CHECK | Nodaway Valley Bank | -1,994.00 |
| 04/01/2021 | Expense | 2685 | CHECK 2685 CHECK | Nodaway Valley Bank | -1,100.00 |
| 05/12/2021 | Check | 2783 | CHECK 2783 CHECK | Nodaway Valley Bank | -1,994.00 |
| 05/24/2021 | Check | 2831 | CHECK 2831 CHECK | Nodaway Valley Bank | -1,100.00 |
| 06/14/2021 | Check | 2874 | CHECK 2874 CHECK | Nodaway Valley Bank | -1,994.00 |
| 07/13/2021 | Check | 2942 | CHECK 2942 CHECK | Nodaway Valley Bank | -3,094.00 |
| 08/10/2021 | Check | 2991 | CHECK 2991 CHECK | Nodaway Valley Bank | -3,100.00 |
| 09/08/2021 | Bill | | | Post Petition Accounts Payable | 3,100.00 |
| 09/08/2021 | Bill Payment (Check) | 3059 | | Nodaway Valley Bank | -3,100.00 |
| 10/19/2021 | Expense | 3157 | CHECK 3157 CHECK | Nodaway Valley Bank | -3,100.00 |
| 11/05/2021 | Expense | 3192 | CHECK 3192 CHECK | Nodaway Valley Bank | -3,100.00 |
| 11/30/2021 | Check | 3259 | | Nodaway Valley Bank | -3,100.00 |
| 01/03/2022 | Check | 3310 | | Nodaway Valley Bank | -3,100.00 |
| 01/07/2022 | Check | 3311 | | Nodaway Valley Bank | -1,925.00 |
| 01/26/2022 | Check | 3369 | | Nodaway Valley Bank | -10,703.00 |
| 03/03/2022 | Check | 3414 | | Nodaway Valley Bank | -5,025.00 |
| 04/02/2022 | Check | 3461 | | Nodaway Valley Bank | -5,025.00 |
| 05/02/2022 | Expense | 3499 | CHECK 3499 CHECK | Nodaway Valley Bank | -5,025.00 |
| 06/07/2022 | Check | 3558 | | Nodaway Valley Bank | -5,000.00 |
| 06/15/2022 | Check | 3576 | | Nodaway Valley Bank | -4,273.07 |
| 06/22/2022 | Check | 3588 | | Nodaway Valley Bank | -1,105.00 |
| 07/21/2022 | Check | 3612 | CHECK 3612 CHECK | Nodaway Valley Bank | -2,000.00 |
| 08/12/2022 | Check | 3640 | | Nodaway Valley Bank | -2,215.72 |
| 08/12/2022 | Check | 3642 | | Nodaway Valley Bank | -2,000.00 |
| 08/17/2022 | Check | 3657 | | Nodaway Valley Bank | -1,924.56 |

# JLK Construction, LLC
## Transaction List by Insiders/Insider's Companies
### January 1, 2019 - February 13, 2023

| Date | Transaction Type | Num | Memo/Description | Account | Amount |
|------|------------------|-----|-----------------|---------|--------|
| 09/21/2022 | Check | 3692 | | Nodaway Valley Bank | -2,000.00 |
| 09/30/2022 | Check | 3707 | | Nodaway Valley Bank | -3,031.83 |
| 11/17/2022 | Check | 3770 | | Nodaway Valley Bank | -2,000.00 |
| 11/22/2022 | Check | | CHECK 3770 CHECK | Nodaway Valley Bank | -2,000.00 |
| 12/19/2022 | Check | 3848 | | Bison State Bank Checking (-096) | -3,200.00 |
| **Roy Allen Kagarice** | | | | | |
| 07/10/2019 | Check | 740 | Payment 350 Dump Bed Truck | Nodaway Valley Bank | -250.00 |
| 09/25/2019 | Check | 881 | Hired Dodge Pick-up as fuel truck | Nodaway Valley Bank | -277.18 |
| 11/13/2019 | Check | 1074 | Reembursement Operating Expenses | Nodaway Valley Bank | -384.55 |
| 07/24/2019 | Check | 769 | Reimbursement for Fuel Job 323 Novel | Nodaway Valley Bank | -95.00 |
| 08/28/2019 | Check | 966 | reimbursement for fuel for equipment repairs | Nodaway Valley Bank | -94.30 |
| 11/08/2019 | Check | 1057 | Reimbursment for Orange Safety Fence | Nodaway Valley Bank | -300.00 |
| 06/21/2022 | Check | 3583 | | Nodaway Valley Bank | -210.65 |
| 01/10/2023 | Check | 10127 | Voided | Bison State Bank Checking (-096) | 0.00 |
| 01/11/2023 | Expense | | Voided | Bison State Bank Checking (-096) | 0.00 |

**0903 1212-4968** JLK Construction LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 01/30/22 - 01/30/23)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* 600 OFFICE MANAGER** | | | | | | | |
| Kagarice, Cynthia | 18 | | | | | | |
| **\*\*\*\* 800 SUPERVISION** | | | | | | | |
| Kagarice, Roy | 19 | | | | | | |
| **\*\*\*\* 900 VICE PRESIDENT** | | | | | | | |
| Kagarice, Cole | 17 | Kagarice, Jesse | 33 | | | | |
| *4 Person(s)* | | | | | | | |

**0903 1212-4968** JLK Construction LLC     **EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/30/22 - 01/30/23)

| | | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | PAY |
| 03/31 | GROSS - N | | | 10400.00 | | 10400.00 | | 795.60 | 755.30 | 338.00 | | | 8511.10 Activation |
| 06/08 | GROSS - N | | | 8000.00 | | 8000.00 | | 612.00 | 581.00 | 260.00 | | | 6547.00 Activation |
| 06/15 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 06/22 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 06/29 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 07/07 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 07/13 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 07/27 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 07/27 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 08/03 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 08/10 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 08/17 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 08/24 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 08/31 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 09/07 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 09/14 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 09/21 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 09/28 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 10/05 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 10/13 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 10/19 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 10/26 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 11/02 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |
| 11/09 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | 654.70 |

Kagarice, Cynthia
Soc Sec#: xxx-xx-1123
3317 Penn St
Saint Joseph, MO 64507

| ID | 18 |
|---|---|
| Home Dept: | 600 Office Manager |
| Sex: | Not Specified |
| Birthdate: | 01/07/1963 |
| Hire Date: | 07/30/2018 |
| Inactive Date: | |
| Rehire Date: | |

| Term Date: | |
|---|---|
| Pay Frequency: | Weekly |
| Standard Hrs: | 40 |
| Rate 1 / Salary: | 20.00/Hour |
| Last Raise Date: | |

Withholding Method:     Federal: Married, 0
MO:  Married with Spouse Worki

Earnings:

Deductions:

**0903 1212-4968** JLK Construction LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 01/30/22 - 01/30/23)

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | | 654.70 |
| 11/23 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | | 654.70 |
| 12/01 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | | 654.70 |
| 12/07 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | | 654.70 |
| 12/14 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | | 654.70 |
| 12/21 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | | 654.70 |
| 12/29 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 58.10 | 26.00 | | | | 654.70 |
| 01/05 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 53.38 | 23.00 | | | | 662.42 |
| 01/11 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 53.38 | 23.00 | | | | 662.42 |
| 01/19 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 53.38 | 23.00 | | | | 662.42 |
| 01/25 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 53.38 | 23.00 | | | | 662.42 |
| This Period Total | Regular GROSS - N | 1320.00 | | 26400.00 18400.00 | | | | | 3021.20 | MO | | | | |
| | This Per | 1320.00 | | 44800.00 | | 44800.00 | | S 198.40 M 603.20 | | MO 1352.00 MO 92.00 | | | | 36694.08 |

Kagarice, Cynthia
Soc Sec#: xxx-xx-1123
3317 Penn St
Saint Joseph, MO 64507

**0903 1212-4968** JLK Construction LLC

**EMPLOYEE EARNINGS RECORD**
**(Requested Check Dates 01/30/22 - 01/30/23)**

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31 | GROSS - N | | | 10400.00 | | 10400.00 | | 795.60 | 392.47 | 338.00 | | | | 8873.93 Activation |
| 06/08 | GROSS - N | | | 8000.00 | | 8000.00 | | 612.00 | 301.90 | 260.00 | | | | 6826.10 Activation |
| 06/15 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 06/22 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 06/29 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 07/07 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 07/13 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 07/20 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 07/27 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 08/03 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 08/10 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 08/17 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 08/24 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 08/31 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 09/07 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 09/14 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 09/21 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 09/28 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 10/05 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 10/13 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 10/19 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 10/26 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 11/02 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 11/09 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |

**Kagarice, Roy**
Soc Sec#: xxx-xx-4234
3317 Penn St
Saint Joseph, MO 64507

ID                19
Home Dept:        800 Supervision
Sex:              Not Specified
Birthdate:        08/23/1960
Hire Date:        04/12/2021
Inactive Date:
Rehire Date:

Term Date:
Pay Frequency: Weekly
Standard Hrs:  40
Rate 1 / Salary: 20.00/Hour

Last Raise Date:

Withholding Method:

Earnings:

Federal: Married Filing Jointly
MO: Married with Spouse Worki

Deductions:

**0903 1212-4968** JLK Construction LLC

## EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 01/30/22 - 01/30/23)

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 11/23 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 12/01 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 12/07 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 12/14 | Reg | 40.00 | | 800.00 | | 800.00 | | 61.20 | 30.19 | 26.00 | | | | 682.61 |
| 12/21 | Reg | 39.00 | | 780.00 | | 780.00 | | 59.67 | 28.19 | 25.00 | | | | 667.14 |
| 12/29 | Reg | 28.00 | | 560.00 | | 560.00 | | 42.84 | 6.19 | 13.00 | | | | 497.97 |
| 01/05 | Reg | 20.00 | | 400.00 | | 400.00 | | 30.60 | | 3.00 | | | | 366.40 |
| 01/11 | Reg | 20.00 | | 400.00 | | 400.00 | | 30.60 | | 3.00 | | | | 366.40 |
| 01/19 | Reg | 20.00 | | 400.00 | | 400.00 | | 30.60 | | 3.00 | | | | 366.40 |
| 01/25 | Reg | 20.00 | | 400.00 | | 400.00 | | 30.60 | | 3.00 | | | | 366.40 |
| This Period Total | Regular GROSS - N | 1227.00 | | 24540.00 18400.00 | | | | | | | | | | |
| | This Per | 1227.00 | | 42940.00 | | 42940.00 | | S 99.20 M 599.43 | 1543.88 | MO 1338.00 MO 12.00 | | | | 36761.21 |

Kagarice, Roy
Soc Sec#: xxx-xx-4234
3317 Penn St
Saint Joseph, MO 64507

Page 6 of 11　　**0903 1212-4968** JLK Construction LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 01/30/22 - 01/30/23)

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | 101 MARKET RECOVERY | 101 UNION DUES | 101 VAC DEDUCTION | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31 | GROSS - N | | | 32449.10 | | 32449.10 | | 2482.32 | 2981.01 | 1504.00 | | | 110.40 | 953.24 | 534.10 | 23884.03 Activation |
| 06/08 | GROSS - N | | | 25377.00 | | 25377.00 | | 1941.38 | 3955.70 | 1138.00 | | | 92.00 | 761.30 | 327.00 | 17161.62 Activation |
| 06/15 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |
| 06/22 | Reg | 30.00 | | 2505.00 | | 2505.00 | | 191.63 | 364.28 | 111.00 | | | | | | 1838.09 |
| 06/29 | Reg | 30.00 | | 2505.00 | | 2505.00 | | 191.63 | 364.28 | 111.00 | | | | | | 1838.09 |
| 07/07 | Reg | 30.00 | | 2505.00 | | 2505.00 | | 191.63 | 364.28 | 111.00 | | | | | | 1838.09 |
| 07/13 | Reg | 30.00 | | 2505.00 | | 2505.00 | | 191.64 | 364.28 | 111.00 | | | | | | 1838.08 |
| 07/20 | Reg | 30.00 | | 2505.00 | | 2505.00 | | 191.63 | 364.28 | 111.00 | | | | | | 1838.09 |
| 07/27 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.12 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.72 |
| 08/03 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |
| 08/10 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |
| 08/17 | Reg | 30.00 | | 2505.00 | | 2505.00 | | 191.63 | 364.28 | 111.00 | | | | | | 1838.09 |
| 08/24 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |
| 08/31 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.12 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.72 |
| 09/07 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |
| 09/14 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |
| 09/21 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.12 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.72 |
| 09/28 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |
| 10/05 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |
| 10/13 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.13 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.71 |
| 10/19 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.13 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.71 |
| 10/26 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |
| 11/02 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.13 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.71 |
| 11/09 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | 1742.70 |

Kagarice, Cole
Soc Sec#: xxx-xx-8301
12603 NE 135th Ter
Kearney, MO 64060

| | |
|---|---|
| ID | 17 |
| Home Dept: | 900 Vice President |
| Sex: | Male |
| Birthdate: | 10/26/1982 |
| Hire Date: | 03/18/2021 |
| Inactive Date: | |
| Rehire Date: | |

| | |
|---|---|
| Term Date: | |
| Pay Frequency: | Weekly |
| Standard Hrs: | 30 |
| Rate 1 / Salary: | 83.50/Hour |
| | |
| Last Raise Date: | |

Withholding Method:
Federal: Head of Household
MO: Head of Household

Earnings:
101 Vacation

101 vac ded, Every Pay Period

Deductions:
101 Market Re
101 Union Due
101 Vac Dedu

$0.23/Hours of 101 vac ded, Ever
3.00% of 101 union dues at 3 per
$1.09/Hours of 101 vac ded, Ever

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/30/22 - 01/30/23)

**0903 1212-4968** JLK Construction LLC

| | | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | WITHHOLDINGS | | | | | DEDUCTIONS | | | | NET |
| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | 101 MARKET RECOVERY | 101 UNION DUES | 101 VAC DEDUCTION | | PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.13 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | | 1742.71 |
| 11/23 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.13 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | | 1742.71 |
| 12/01 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | | 1742.70 |
| 12/07 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | | 1742.70 |
| 12/14 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.12 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | | 1742.72 |
| 12/21 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | | 1742.70 |
| 12/29 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 372.13 | 113.00 | | | 6.90 | 76.13 | 32.70 | | 1742.70 |
| 01/05 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 355.24 | 102.00 | | | 6.90 | 76.13 | 32.70 | | 1770.59 |
| 01/11 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.12 | 355.24 | 102.00 | | | 6.90 | 76.13 | 32.70 | | 1770.61 |
| 01/19 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 355.24 | 102.00 | | | 6.90 | 76.13 | 32.70 | | 1770.59 |
| 01/25 | 101 Reg 101 Vacatio | 30.00 | | 2505.00 32.70 | | 2537.70 | | 194.14 | 355.24 | 102.00 | | | 6.90 | 76.13 | 32.70 | | 1770.59 |
| This Period Total | Regular 101 Regular GROSS - N 101 Vacatio This Per | 180.00 810.00 990.00 | | 15030.00 67635.00 57826.10 882.90 141374.00 | | 141374.00 | | S 629.35 M 1902.74 | 17681.38 | MO 5907.00 MO 408.00 | | | 388.70 | 3770.05 | 1744.00 | | 99238.79 |

| | | HOLIDAY | SEVERANCE | SICK | SICK QUAL | VACATION | CASH TIPS | CHARGE TIPS | INDIRECT TIPS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YTD HOURS PAID YTD EARNINGS PAID | | | | | 130.80 | | | | | | | | | |

Kagarice, Cole
Soc Sec#: xxx-xx-8301
12603 NE 135th Ter
Kearney, MO 64060

**0903 1212-4968** JLK Construction LLC

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/30/22 - 01/30/23)

| | | HOLIDAY | SEVERANCE | SICK | SICK QUAL | VACATION | CASH TIPS | CHARGE TIPS | INDIRECT TIPS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YTD HOURS PAID | | | | | | | | | | | | | | | |
| YTD EARNINGS PAID | | | | | | 752.10 | | | | | | | | | |

Kagarice, Cole
Soc Sec#: xxx-xx-8301
12603 NE 135th Ter
Kearney, MO 64060

**0903 1212-4968** JLK Construction LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 01/30/22 - 01/30/23)

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/15 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 06/22 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 06/29 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 07/07 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 07/13 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 07/20 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 07/27 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 08/03 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 08/10 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 08/17 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 08/24 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 08/31 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 09/07 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 09/14 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 09/21 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 09/28 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 10/05 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 10/13 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 10/19 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 10/26 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 11/02 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 11/16 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 11/23 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 12/01 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |

**Kagarice, Jesse**
**Soc Sec#:** xxx-xx-2871
18900 State Route DD Highwa
Country Club, MO 64505

| ID | 33 |
|---|---|
| Home Dept: | 900 Vice President |
| Sex: | Not Specified |
| Birthdate: | 01/01/2022 |
| Hire Date: | 01/01/2022 |
| Inactive Date: | |
| Rehire Date: | |

| Term Date: | |
|---|---|
| Pay Frequency: | Weekly |
| Standard Hrs: | 30 |
| Last Raise Date: | |

Withholding Method:

Earnings:
Member Draw

Federal: Single or Married Filing
MO:

$3000.00, Every Pay Period

Deductions:

# EMPLOYEE EARNINGS RECORD
**(Requested Check Dates 01/30/22 - 01/30/23)**

**0903 1212-4968** JLK Construction LLC

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/07 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 12/14 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 12/21 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 12/29 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 01/05 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 01/11 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 01/19 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| 01/25 | Member Dra | | | | | | 3000.00 | | | | | | | 3000.00 |
| This Period Total | Member Dra | | | | | | | | | | | | | |
| | This Per | | | | | 96000.00 | | | | | | | | 96000.00 |

Kagarice, Jesse
Soc Sec#: xxx-xx-2871
18900 State Route DD Highway
Country Club, MO 64505

**0903 1212-4968** JLK Construction LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 01/30/22 - 01/30/23)

| | | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | DEDUCTIONS | | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECK DATE | DESCRIPTION | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | | | | | PAY |
| This Period Total | Regular<br>101 Regular<br>GROSS - NEW LOAD<br>101 Vacation<br>Member Draw | 2727.00<br>810.00 | | 65970.00<br>67635.00<br>94626.10<br>882.90 | | 229114.00 | 96000.00 | Social Security<br>Medicare<br>Fed Income Tax<br>MO Income Tax | 14205.07<br>3322.16<br>23880.94<br>9109.00 | 101 Market Recovery<br>101 Union Dues<br>101 Vac Deduction | 388.70<br>3770.05<br>1744.00 | |
| This Period Total | | | | | | 229114.00 | 96000.00 | | 50517.17 | | | 268694.08 |

| | | HOLIDAY | SEVERANCE | SICK | SICK QUAL | VACATION | CASH TIPS | CHARGE TIPS | INDIRECT TIPS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | YTD HOURS PAID<br>YTD EARNINGS PAID | | | | | 882.90 | | | | | |

(R) = Resident / Residency;  (N) = Non-resident;  (E) = Employment

# JLK Construction, LLC
## Members Draws
### January 30, 2022 - January 30, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Members Draw** | | | | | | | |
| Beginning Balance | | | | | | | |
| 01/31/2022 | Check | 3363 | Jesse Kagarice | CHECK 3363 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 02/08/2022 | Check | 3379 | Jesse Kagarice | CHECK 3379 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 02/14/2022 | Check | 3386 | Jesse Kagarice | CHECK 3386 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 02/18/2022 | Check | 10071 | Jesse Kagarice | CHECK 10071 CHECK | Members Draw | Nodaway Valley Bank | -2,000.00 |
| 02/22/2022 | Check | 3401 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -6,000.00 |
| 03/04/2022 | Check | 10206 | Jesse Kagarice | CHECK 10206 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 03/07/2022 | Check | 10207 | Jesse Kagarice | CHECK 10207 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 03/07/2022 | Check | 3421 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -6,000.00 |
| 03/09/2022 | Check | 10209 | Jesse Kagarice | CHECK 10209 CHECK | Members Draw | Nodaway Valley Bank | -2,500.00 |
| 03/17/2022 | Check | 3446 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 03/22/2022 | Check | 3453 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 03/31/2022 | Check | 3458 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 04/01/2022 | Expense | 10377 | Jesse Kagarice | CHECK 10377 CHECK | Members Draw | Nodaway Valley Bank | -2,000.00 |
| 04/04/2022 | Check | 10213 | Jesse Kagarice | CHECK 10213 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 04/11/2022 | Check | 3468 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -6,000.00 |
| 04/11/2022 | Check | 10214 | Jesse Kagarice | CHECK 10214 CHECK | Members Draw | Nodaway Valley Bank | -2,500.00 |
| 04/19/2022 | Check | 3486 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |

# JLK Construction, LLC
## Members Draws
### January 30, 2022 - January 30, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|------|------------------|-----|------|-----------------|---------|-------|--------|
| 04/20/2022 | Check | 3487 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 04/29/2022 | Check | 10218 | Jesse Kagarice | CHECK 10218 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 05/04/2022 | Check | 3512 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/11/2022 | Check | 3526 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/18/2022 | Check | 3532 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/25/2022 | Check | 3544 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 05/26/2022 | Check | 10221 | Jesse Kagarice | CHECK 10221 CHECK | Members Draw | Nodaway Valley Bank | -2,500.00 |
| 06/07/2022 | Check | 10222 | Jesse Kagarice | CHECK 10222 CHECK | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 06/08/2022 | Check | 3559 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 06/23/2022 | Check | 10223 | Jesse Kagarice | CHECK 10223 CHECK | Members Draw | Nodaway Valley Bank | -2,000.00 |
| 06/27/2022 | Check | 10224 | Jesse Kagarice | CHECK 10224 CHECK | Members Draw | Nodaway Valley Bank | -1,500.00 |
| 07/06/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 4001 N BELT ST XX6195 WITHDRAWAL 4001 N BELT ST.JOSEPH MO IP1421 008913 | Members Draw | Nodaway Valley Bank | -200.00 |
| 07/15/2022 | Expense | | Jesse Kagarice | XX6195 CHK PURCH PIN DICKS SPORT XX6195 CHK PURCH PIN DICKS SPORTING G SAINT JOSEPH MO 00661177 21968100 | Members Draw | Nodaway Valley Bank | -423.86 |
| 08/01/2022 | Check | 10232 | Jesse Kagarice | CHECK 10232 CHECK | Members Draw | Nodaway Valley Bank | -4,000.00 |
| 08/29/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 2102 CENTRAL S XX6195 WITHDRAWAL 2102 CENTRAL ST KANSAS CITY LA RT80688 002356 | Members Draw | Nodaway Valley Bank | -204.99 |
| 09/16/2022 | Check | 10326 | Jesse Kagarice | CHECK 10326 CHECK | Members Draw | Nodaway Valley Bank | -1,000.00 |
| 09/26/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 4001 N BELT ST.JOSEPH MO IP1421 001842 | Members Draw | Nodaway Valley Bank | -300.00 |
| 10/11/2022 | Check | 10330 | Jesse Kagarice | CHECK 10330 CHECK | Members Draw | Nodaway Valley Bank | -1,200.00 |

# JLK Construction, LLC
## Members Draws
### January 30, 2022 - January 30, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|------|------|------|------|------|------|------|------|
| 10/17/2022 | Expense | | Jesse Kagarice | XX6195 WITHDRAWAL 4001 N BELT ST.JOSEPH MO IP1421 005573 | Members Draw | Nodaway Valley Bank | -300.00 |
| 11/10/2022 | Check | 3754 | Jesse Kagarice | | Members Draw | Nodaway Valley Bank | -3,000.00 |
| 12/29/2022 | Expense | | Jesse Kagarice | JOSEPH  MO TF217011   12-28-22 18:57:02, [0209] | Members Draw | Bison State Bank Checking (-096) | -83.50 |
| 01/03/2023 | Expense | | Jesse Kagarice | JOSEPH  MO TF217011    1-02-23 17:44:36, [0209] | Members Draw | Bison State Bank Checking (-096) | -200.00 |
| **Total for Members Draw** | | | | | | | -$ 93,412.35 |
| **TOTAL** | | | | | | | -$ 93,412.35 |